UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6154 CR-JORDAN**
MAGISTRATE JUDGE
BANDSTRA

IN RE:

FEDERAL GRAND JURY 99-01(FL)

_____/

**MOTION TO SEAL**

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an Order sealing the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, this Motion to Seal, and Sealing Order, and remain sealed in the custody of the Clerk of the Court until such time as the first defendant has been arrested. In support thereof, the following is shown:

1. The 18 defendants have not been previously indicted. Disclosure of the existence of these charges would hinder the ability of the United States to locate and arrest the defendants.

WHEREFORE, the United States respectfully requests that this Court order that the Indictment, Penalty Sheets, Certificate of Trial Attorney, Arrest Warrants (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), Bond Recommendation Sheets, Motion to Seal,



and the Sealing Order be sealed until such time as the first defendant has been arrested.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        PAUL F. SCHWARTZ
        ASSISTANT UNITED STATES ATTORNEY
        Court ID #: A5500086
        500 E. Broward Boulevard, Suite 700
        Fort Lauderdale, Florida  33394
        Telephone: (954) 356-7392
        Facsimile: (954) 356-7230