AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

v.

JOSEPH ROTUNNO
aka "Joey Flowers," "Flowers," "Joe the Florist"

**WARRANT FOR ARREST**

CASE NUMBER: 00 - 6154
CR - JORDAN

MAGISTRATE JUDGE
BANDSTRA

TO:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSEPH ROTUNNO _____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy, Conspiracy to receive stolen goods

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 892, 894, 1956(h), 371

CLARENCE MADDOX
Name of Issuing Officer

_____
Signature of Issuing Officer

Bail fixed at $ PRETRIAL DETENTION

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |