COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSEPH ROTUNNO    (J)          CASE NO:   00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ - pres           ATTY:   H. Dohn Williams (temp)
AGENT: FBI                            VIOL:   18:1956(h)
PROCEEDING I/A ON SEALED INDICT.      RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no            COUNSEL APPOINTED
        BOND SET @
        SPECIAL CONDITIONS:

FILED by ___ B.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

Advised of charges - temp cnsl present

PTD set in Miami - Report re
Counsel & arraignment set in FTL

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:  6-30   11   Snow
                         (PTD)/BOND HRG:      6-27    2   Brown
                         PRELIM/ARRAIGN:      6-30   11   Snow
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/21/00   Time 11:00   FTL/LSS TAPE #00- 031   Begin: 1197   End: 1470

Rec'd in MIA Dkt  6/26

57/57