UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-JORDAN

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSEPH ROTUNNO
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language  ENGLISH
Tape No.  00- 031
AUSA    Paul Schwartz
Agent    FBI

*[FILED by D.C. JUN 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD]*

    The above-named defendant having been arrested on June 21, 2000, having appeared before the court for initial appearance on June 21, 2000 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
    ORDERED as follows:

1. _H. Dohn Williams_ appeared as permanent/(temporary) counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address:_____
   Zip Code: _____ Telephone: _____

~~3. The defendant shall attempt to retain counsel and shall appear before the court at ___ on ___~~ 6/30 Snow

4. Arraignment/Preliminary/Removal/Identity hearing is set for _6/30_ at _11_ before Judge _Snow_.

~~5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___~~

A detention hearing pursuant to 18 U.S.C. Section 3142(f), is set for _6/27_ at _2 pm_ before Judge _Brown_

~~6. The defendant shall~~ be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

71/2

_j. Comply with the following additional special conditions of this bond:_____
_____

    This bond was set: At Arrest _____
                          On Warrant ✓
                          After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at Ft. Lauderdale, Florida this 21st day of June, 2000.

                                                      U.S. MAGISTRATE JUDGE
                                                      LURANA S. SNOW

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation