UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: __00-6154-CR-~~JORDAN~~__ WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  **ORDER**

**JOSEPH ROUTUNNO**

    Defendant.

FILED by ___ D.C.
MAG. SEC.
JUL 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

    Pursuant to the Bail Reform Act, a detention hearing was held this date in accordance with 18 U.S.C. Section 3142(f). At the conclusion of the evidentiary hearing, the findings of fact and conclusions of law required by the Act were dictated into the record. It is thereupon

    **ORDERED AND ADJUDGED** as follows:

    1. The Defendant __NAMED ABOVE__ shall be detained pending trial in this case for the reasons stated on the record by the Court. / danger

    2. A final Order of Detention memorializing the dictated findings and conclusions shall be entered forthwith.

    **DONE AND ORDERED** in Miami, Florida this __27th__ day of __JUNE__, 20 __00__.

TAPE NO. 00A-72-860, 73-1

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal