UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA,

vs.

JOSEPH ROTUNNO

**ORDER ON HEARING TO REPORT RE COUNSEL**

FILED by _____ D.C.
MAG. SEC.
JUL 03 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon ORDERED as follows:

_____ Private counsel_____
    appeared in open court and is noted as permanent
    counsel of record.

_____ The defendant requested Court appointed counsel, was
    found eligible, and counsel will be appointed by
    separate order.

_____ The defendant requested Court appointed counsel but
    was found ineligible, and shall appear before the
    Court on _____
    at 10:00 a.m. to report regarding his/her further
    efforts to retain counsel, unless counsel notices a
    permanent appearance before that date.

✓ The defendant requested further time to retain
    counsel and shall appear before the Court on
    6/30/00 - in Ft. L. * at 10:00 a.m. to report
    regarding his/her further efforts to retain counsel,
    unless counsel notices a permanent appearance before
    that date. / Arraignment

**DONE AND ORDERED** at Miami, Florida this 27th day of JUNE, 20 00.

TAPE NO.00B-72 - 860, 73-1

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

c: AUSA
    Defense Counsel
    Pretrial Services or Probation
    U.S. Marshal

\* Before Judge Snow