| | |
|---|---|
| DEFT: Joseph Rotunno (J)# | CASE NO: 00-6154-CR-Dimitrouleas |
| AUSA: Paul Schwartz *present* | ATTNY: H. Dohn Williams (perm) |
| AGENT: | VIOL: |
| PROCEEDING: Inquiry re. Counsel/ Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |

FILED by ___ D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
     ___ Electronic Monitoring

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 7-21-00  11:00 am  Snow
DATE: 7-7-00  TIME: 11:00am  TAPE # 00-054  PG # 4
2799-2843