

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6154-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Joseph Rotunno                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    7-7-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and c~~ourt appointed~~ed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

|   |   |
|---|---|
| DEFENDANT: | Address: In Custody |
|   | Telephone: |
| DEFENSE COUNSEL: | Name: H. Dohn Williams |
|   | Address: |
|   | Telephone: |
| BOND SET/CONTINUED: | $ Cont'd in custody |

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this ___7___ day of _____July_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-054

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services