AO 442 (Rev. 12/85) Warrant for Arrest    AUSA PAUL F. SCHWARTZ,    FBI S/A JOE CICINI

## United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA** 481463

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JOSEPH ROTUNNO<br>aka "Joey Flowers," "Flowers," "Joe the Florist" | 00 JUL 10 PM 2:35<br>CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - MIA<br><br>**WARRANT FOR ARREST**<br>CASE NUMBER: 00-6154<br>CR-JORDAN |

TO:   The United States Marshal
     and any Authorized United States Officer

MAGISTRATE JUDGE BANDSTRA

YOU ARE HEREBY COMMANDED to arrest   JOSEPH ROTUNNO

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy, Conspiracy to receive stolen goods

in violation of Title **18** United States Code, Section(s) **1962(d), 1955, 892, 894, 1956(h), 371**

CLARENCE MADDOX
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ **PRETRIAL DETENTION**

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER  *[signature]*
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at
  **Ft. Lauderdale, FL**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6/6/00 | James A. Tassone, US Marshal | *[signature]* |
| DATE OF ARREST | | |
| 6/22/00 | FOR: FBI | Fred Depompa, SDUSM |