UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH ROTUNNO,

Defendant.

CASE NO. 00-6154-CR-DIMITROULEAS



_____/

## ORDER GRANTING DE NOVO HEARING

THIS CAUSE having been heard upon Defendant's July 7, 2000 Motion To Revoke or Amend the Pre-Trial Detention Order to Establish Reasonable Conditions of Pre-Trial Release [DE-176] and the Court noting that the review needs to be determined promptly, 18 U.S.C. § 3145, and noting that although an order of detention was signed on June 27, 2000 by Magistrate Brown [DE-160], no formal order with factual findings has been filed [1], the Court hereby grants a de novo hearing. The Court has reviewed the transcript of the June 27, 2000 hearing, and no cumulative testimony will be needed. The de novo hearing is set for July 13, 2000 at 1:00 P.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] On June 27, 2000 Magistrate Judge Brown asked the Government to submit a proposed order with factual findings within two weeks (pages 60-61 of detention hearing).



Copies furnished to:

H. Dohn Williams, Esquire (sent via facsimile 527-5565)
PO Box 1722
Ft. Lauderdale, FL 33302

Paul Schwartz, AUSA