## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD   DATE: July 13, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Kotunno

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: H. Dohn Williams

REASON FOR HEARING: Review of detention order/hearing

RESULT OF HEARING: 1 Government witness. Williams argues against detention. Schwartz responds in opposition. Court takes matter under advisement and will render a written decision as quickly as possible.

JUDGMENT: _____

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Ct's Exhibit attached to minutes



# SOUTH FLORIDA PRIMARY CARE GROUP

| | | | |
|---|---|---|---|
| Nizar Dhanani, M.D.<br>*Internal Medicine* | Lawrence Gotkin, M.D.<br>*Pulmonary Medicine*<br>*Internal Medicine* | Frederick Herold, M.D.<br>*Nephrology*<br>*Internal Medicine* | Karen Matluck, M.D.<br>*Internal Medicine* |
| Alan Rose, M.D.<br>*Nephrology*<br>*Internal Medicine* | Robert A. Rosen, M.D.<br>*Pediatrics*<br>*Adolescent Medicine*<br>*Internal Medicine* | Richard Shafron, M.D.<br>*Pulmonary Medicine*<br>*Internal Medicine* | James Trezza, M.D.<br>*Cardiology*<br>*Internal Medicine* |

July 10, 2000

### RE: JOSEPH JOHN ROTUNNO

Dear Sirs:

In response to your request for medical assessment of Mr. Joseph John Rotunno, Mr. Rotunno has been a patient of mine in Florida since January 28, 1972. He has suffered for a long time with hypertension and obesity. He has a past history of renal calculi and has a history of cholelithiasis with surgical removal. Mr. Rotunno developed adult onset diabetes, is presently diabetic and is under therapy. He is presently hypertensive and under therapy. He also underwent coronary bypass surgery at Memorial Regional Hospital in Hollywood, five years ago. Since that time, he has suffered a cerebrovascular accident and had been under the care of Dr. Jubron A. Hoche. He also suffers from peripheral vascular insufficiency and had been evaluated by Dr. Schlaen for possible angiography and balloon dilatation of the iliac vessels. To date, patient apparently did not have a dilatation and/or balloon angiography by Dr. Schlaen. He was evaluated City Heart Institute and Cardiovascular Group in Pembroke Pines, Florida in March of 1999, for a stress/thallium, Adenosine/thallium study. He had at that time, an area of anterior apical ischemia which means that one area of his heart was not receiving enough blood during exercise. Patient has also been evaluated by Dr. Luis Asanza for peripheral vascular insufficiency and is due for a follow up for his vascular condition.

In summary, to adequately evaluate the patient's present status, he is due for a repeat thallium and/or Adenosine and/or Cardiolite Cardiac Study. He is due for evaluation of his peripheral vascular insufficiency, and neurological re-evaluation as well as evaluation for his present status of hyperlipidemia and diabetes mellitus.

Please contact me if you wish me to make arrangements for him to have these tests by his physicians here in Hollywood. If I can be of any service in perpetuating Mr. Rotunno's care in any way, please don't hesitate to call me at any time, so that we can have ongoing continued care in this seriously ill patient.

Sincerely,

James Thomas Trezza, M.D.

JTT/de

---

1150 N. 35th Avenue, #675
Hollywood, FL 33021
(954) 981-6680

1780 E. Hallandale Beach Blvd.
Hallandale, FL 33009
(954) 458-5222

4929 S.W. 148th Avenue
Davie, FL 33330
(954) 252-5020