AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

_____ Southern _____ DISTRICT OF ___ Florida ___

USA v. Joseph Rotunno

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6154-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Phil Schwartz | H. Dohn Williams |
| TRIAL DATE(S) 7/13/00 | COURT REPORTER Bob Ryckoff | COURTROOM DEPUTY Mia Carter |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/13/00 | | | |
| | | | / | | W-1 Neil Matt |
| 1 | | | J | | Transcripts of hearing |
| | A | | ✓ | ✓ | Rotunno's additional medical record |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Defendant's Exhibit attached to minutes |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size