UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's July 19, 2000 Motion For Continuance of Trial Date, and the Court notes that Defendant did not comply with S.D. Florida Local Rule 7.1A(2) in that Defendant failed to include a proposed order, the Court denies the motion, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33302