HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MARK COHEN_____ CASE NO: ~~00-6168-CR-FERGUSON~~

AUSA __LYNN ROSENTHAL_____ ATTY __PHILIP HOROWITZ_____

TED CRESPI, ESQ. for Eric Silverman

DON BIERMAN, ESQ. for Bruce Hollander - cnsl cannot attend. Possible plea.

BOB JOSEFSBERG, ESQ. for Kenneth Heyder   *Cancel*

JOHN HOWES, ESQ. for Jean Dufralessi

*Judge Ferguson for calendar call Mon - July 24 @ 3:15 p.m.*

FILED JUL 21 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

DEFT __JOSEPH ROTUNNO_____ CASE NO: __00-6154-CR-DIMITROULEAS__

AUSA __PAUL SCHWARTZ__ *pres*_____ ATTY __H. DOHN WILLIAMS_____

*00-059*
*@631*

DEFT __ISRAEL COLON_____ CASE NO: ~~00-6156-CR-DIMITROULEAS~~

AUSA __BRUCE BROWN__ */Kaplan*_____ ATTY __*Bidwell for Tim Day*_____

*govt ready possible plea - dis out*

DEFT __*M/ due Aug 7*_____ CASE NO: _____

AUSA _____ ATTY _____

*@706*

DEFT _____ CASE NO: _____

AUSA _____ ATTY _____

DATE __JULY 21, 2000_____ TIME __11:00 A.M._____