RFC'D by /s/ D.C.
JUL 2 5 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

v.  :

JOSEPH ROTUNNO,  :

    Defendant.  :

FILED by _____ D.C.
JUL 2 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 21, 2000. At that conference, the parties informed the Court as follows:

1. The Government has provided defense counsel with the paperwork and transcripts associated with the Title III intercept. All that remains is for counsel to view the physical evidence.

2. The trial date should set in sufficient time for counsel to review the 3800 pages of wiretap transcripts and listen to 133 tapes.

DATED at Fort Lauderdale, Florida, this 21st day of July, 2000.

/s/ Lurana S. Snow
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Paul Schwartz (FTL)
H. Dohn Williams, Esq.

