

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/



## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Defendant, Joseph Rotunno, appeals to the United States Court of Appeals for the Eleventh Circuit the District Court's pretrial detention order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or hand-delivered and/or faxed to Paul Schwartz, Assistant United States Attorney, 500 E. Broward Blvd., 7th floor, Fort Lauderdale, FL 33301, on July 25, 2000.

                                      H. DOHN WILLIAMS, JR., P.A.
                                      P.O. Box 1722
                                      Fort Lauderdale, FL 33302
                                      (954) 523-5432; 527-5565 (fax)

                                      By: _____
                                          H. DOHN WILLIAMS, JR.
                                          Fla. Bar No. 166087

c:\clients\rotunno\appeal.not