UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAUS

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

JOSEPH ROTUNNO, et al.

　　Defendant.
_____/

## NOTICE OF CONFLICT

COMES NOW the Defendant, Joseph Rotunno (Rotunno), by and through the undersigned attorney, and notifies the Court that on Monday, August 7, 2000, the undersigned is to begin the re-trial of United States v. Mark Neurohr before Judge. It is anticipated the trial will last 3 to 5 days. The undersigned is concentrating on preparation in that case. The undersigned was not the original attorney in that case, and has only been attorney of record for little more than a month.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 18th day of July 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666



William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301

Martin Biswill, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301

                H. DOHN WILLIAMS JR., P.A.
                P.O. Box 1722
                Fort Lauderdale, FL 33302
                954-523-5432; 527-5565 (fax)

By: _____
      H. Dohn Williams Jr.
      Fla. Bar # 0166087

e:\clients\rotunno\conflict.1