UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO, et al.

    Defendant.

_____/



### MOTION TO SEAL RE:
### RENEWED MOTION FOR CONTINUANCE;
### MOTION FOR MEDICAL SEVERANCE;
### MOTION TO ALLOW THE DEFENDANT TO BE
### EXAMINED BY HIS REGULAR TREATING PHYSICIANS; AND
### CERTIFICATION PURSUANT TO LOCAL RULE 88.9

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, pursuant to Fed.R.Crim.P. 16(d)(1) and Local Rules 7.1 and 88.9, and requests that the medical records submitted in support of his renewed motion to continue, in support of his motion for a medical severance, and in support of his motion to be examined by his regular treating physicians, filed herein in a sealed envelope, be sealed permanently.

WHEREFORE, Mr. Rotunno prays that the Court grant the relief requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 1st day of August 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394



Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301

                                H. DOHN WILLIAMS JR., P.A.
                                P.O. Box 1722
                                Fort Lauderdale, FL 33302
                                954-523-5432; 527-5565 (fax)

By: _____
        H. Dohn Williams Jr.
        Fla. Bar # 0166087

e:\clients\rotunno\contiuance.3seal