```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO. 00-6154-CR-WPD
                             )
            Plaintiff,       )
                             )
        -v-                  )
                             )
JOSEPH ROTUNNO,              )
                             )  Fort Lauderdale, Florida
            Defendant.       )  July 13, 2000
_____)  1:05 p.m.

                       TRANSCRIPT OF HEARING

             BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                         U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         PAUL SCHWARTZ, ESQ.
                          Assistant U.S. Attorney


For the Defendant         H. DOHN WILLIAMS, ESQ.



Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**