UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

FILED by _____ D.C.
AUG 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's August 2, 2000 Motion For Medical Severance and Motion to Allow Defendant to be Examined by his Regular Treating Physicians, and the Government having indicated at the calendar call that they desire to file a response, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED at Fort Lauderdale, Broward County, Florida, this ___8___ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esq.
P.O. Box 1722
Ft. Lauderdale, FL 33302

