UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO, et al.,

    Defendant.
_____/

FILED by _____ D.C.
AUG 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR MEDICAL SEVERANCE AND MOTION TO ALLOW THE
### DEFENDANT TO BE EXAMINED BY HIS REGULAR TREATING PHYSICIANS

THIS CAUSE came before the Court upon the Defendant's Motion For Medical Severance and Motion To Be Evaluated by his Personal Physicians and the Court having received Government's August 7, 2000 Response, both motions are denied, without prejudice to being renewed. The motion for severance may be renewed at the Calendar Call; the motion for examination by regular treating physician may be renewed after tests are conducted by the Federal Detention Center.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

cr-06154-WPD     Document 263     Entered on FLSD Docket 08/09/2000

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304