UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAUS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO, et al.

    Defendant.
_____/

**NIGHT BOX FILED**

AUG 1 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / F.T.L

### MOTION FOR INSPECTION OF ORIGINAL DOCUMENTS
### RE: COURT AUTHORIZED INTERCEPTION OF WIRE COMMUNICATIONS

COMES NOW the Defendant, Joseph Rotunno (Mr. Rotunno), by and through the undersigned attorney, and moves the Court for an order authorizing the unsealing and inspection of the original documents filed with the Court regarding a court authorized interception of wire communications. As grounds therefore Mr. Rotunno states:

1. As this Court knows from the pretrial detention hearing, much of the government's evidence against Mr. Rotunno is derived from a court authorized interception of wire communications. Regarding the original interception and the extension or continuation of that interception, his counsel wants to inspect the following documents, including any attachments thereto: application for interception of wire communications, affidavit in support of application for interception of wire communications, and order authorizing the interception of wire communications.

2. Section 18 U.S.C. 2518 8(a) provides that the applications and orders relating to a wire interception be sealed by the judge. It further provides that such applications and orders shall be disclosed upon a showing of good cause before a court of competent jurisdiction. It



further provides that the original documents shall be kept for 10 years before they can be destroyed.

3. The Court has set a deadline of September 11th for the filing of pretrial motions. Mr. Rotunno is exploring filing a motion to suppress wire communications. Before he does so, his counsel wants to inspect the original documents filed with the Court to ascertain that all the requirements of Title III have been satisfied.

WHEREFORE, Mr. Rotunno prays the Court grant the relief requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 1st day of August 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

          H. DOHN WILLIAMS JR., P.A.
          P.O. Box 1722
          Fort Lauderdale, FL 33302
          954-523-5432; 527-5565 (fax)

By: _____
          H. Dohn Williams Jr.
          Fla. Bar # 0166087

e:\clients\rotunno\inspect.1