UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: August 22, 2000
USDC # 00-6154-CR-WPD
USCA # 00-11998-A

IN RE: **USA v. Rotunno**

=================================================================

## Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.   The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

     2  Volumes of Pleadings
     2  Volumes of Transcripts

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By

Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                            TEB    INTAPP
                U.S. District Court
        Southern District of Florida (FtLauderdale)

        CRIMINAL DOCKET FOR CASE #: 00-CR-6154-ALL

USA v. Maragni, et al                       Filed: 06/06/00
Dkt# in other court: None

Case Assigned to: Judge William P. Dimitrouleas

REYNOLDS MARAGNI (1) , DOB:     Allen Stewart Kaufman
2/6/52  Prisoner#: 05323-018    FTS 563-6813
     defendant                  [COR LD NTC tmp]
                                Allen S. Kaufman, P.A.
                                2900 North Dixie Highway
                                Suite 201
                                Oakland Park, FL 33334
                                954-563-6624


Pending Counts:                 Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE


Docket as of August 21, 2000 11:55 am          Page 1
```



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk.
U.S. District Court
Southern District of Florida
By
Deputy Clerk
Date

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                              INTAPP

=========================

Case Assigned to:  Judge William P. Dimitrouleas

JOSEPH ROTUNNO (2)                Harry Dohn Williams, Jr.
aka                               FTS 527-5565
Joey Flowers                      954-523-5432
      defendant                   [COR LD NTC ret]
                                  721 NE 3rd Avenue
                                  Fort Lauderdale, FL 33302


Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(6)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE

=======================

Docket as of August 21, 2000 11:55 am              Page 2

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

PERCY MORRIS (3) , DOB:              William M. Norris
8/12/64; Prisoner #55353-004;        FTS 285-0699
English                              [COR LD NTC cja]
     defendant                       William Norris
                                     3225 Aviation Avenue
                                     Suite 300
                                     Coral Gables, FL 33133
                                     305-860-0988


Pending Counts:                      Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE

========================

```
Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                              INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
BERT CASKILL (4) , DOB:            Dennis R Bedard
10/1/52; Prisoner #55355-004;      FTS 530-1328
English No address for             305-530-0795
defendant in Item 3 of bond        Suite 102
papers -- from signature page:     [COR LD NTC tmp]
20944 NE 37th Avenue,              1717 N Bayshore Drive
Adventura, FL 33180                Miami, FL 33132
      defendant
```

Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

========================

```
Docket as of August 21, 2000 11:55 am              Page 4
```

```
Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
GARY BRAESEKE (5) , DOB:          James Michael Stark
1/19/61; Prisoner #55366-004;     [COR LD NTC tmp]
English Defendant's address       524 S Andrews Avenue
not provided in Item 3 of bond    Suite 304-N
papers (1610 E Hawthorne          Fort Lauderdale, FL 33301
Circle, Hollywood, FL 33021       954-522-3307
954-963-6372 from signature
page)
     defendant
```

Pending Counts:                   Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

=========================

```
Proceedings include all events.                              TEB
0:00cr6154-ALL USA v. Maragni, et al                         INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
EMRO CAPRI (6) , DOB: 1/20/52;      Public Defender
Prisoner #55354-004: English        305-530-7000
     defendant                      [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    17th Floor
                                    Miami, FL 33130-1556
                                    305-530-7000

                                    Martin John Bidwill
                                    FTS 833-0368
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    101 NE 3rd Avenue
                                    Suite 202
                                    Fort Lauderdale, FL 33301-1145
                                    954-356-7436
```

Pending Counts:                     Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

=======================

Docket as of August 21, 2000 11:55 am                 Page 6

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

MARTIN HALPERN (7) , DOB:              Theodore Klein
2/15/55  Prisoner #: 55380-004        FTS 358-4010
Address: 691 N.W. 100 Terrace,         [COR LD NTC ret]
Plantation, FL 33324                  Ira N. Loewy
      defendant                       FTS 358-4010
                                       [COR LD NTC ret]
                                      Bierman Shohat Loewy & Klein
                                      800 Brickell Avenue
                                      Penthouse 2
                                      Miami, FL 33131-2944
                                      305-358-7000


Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE

========================

```
Proceedings include all events.                                TEB
0:00cr6154-ALL USA v. Maragni, et al                           INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
DANIEL MEISEL (8)                 Herbert M. Cohen
    defendant                     FTS 766-7969
                                  954-763-8500
                                  Suite 205
                                  [COR LD NTC ret]
                                  200 SE 6th Street
                                  Fort Lauderdale, FL 33301
```

Pending Counts:                   Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

========================

```
Proceedings include all events.                                         TEB
0:00cr6154-ALL USA v. Maragni, et al                                   INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
WILLIAM HAWKINS (9) ,              Simon Toby Steckel
Defendant address not provided    305-373-1900
in Item 3 of bond papers (2000    Suite 3260
Leslie Drive, illegible, 954-     [COR LD NTC ret]
458-1485 fm signature pg.)        701 Brickell Avenue
     defendant                    Miami, FL 33131
```

Pending Counts:                        Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE

========================

Proceedings include all events.                              TEB
0:00cr6154-ALL USA v. Maragni, et al                        INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

```
JAMES TRAVERS (10) , James        Philip Robert Horowitz
Paul Travers, Jr.; DOB 5/7/49;    FTS 232-1963
Prisoner #33368-004; English;     [COR LD NTC cja]
Defendant's address not           Philip R. Horowitz
provided in Item 3 of bond        12651 South Dixie Highway
papers (13500 SW 26 St, Davie,    Suite 328, Southpark Centre
Fl 33375 954-472-2448 from        Miami, FL 33156
signature page of bond)           305-232-1949
     defendant
```

Pending Counts:                       Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

========================

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

BARBARA DREZEK (11)
     defendant

Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

Offense Level (opening): 4

Terminated Counts:

   NONE


Complaints:

   NONE

=========================

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

MARTIN ZARCADOOLAS (12) , DOB:        Raymond Charles Miller
5/15/66; Prisoner #55359-004;         [COR LD NTC tmp]
English No address information        Miller & Williams
in item 3 of bond papers --           400 SE 6th Street
from signature page: 46 Cedar         Fort Lauderdale, FL 33301
Circle, Boynton Beach, Fl             954-462-3668
33463 561-439-1703
     defendant                        David G. Vinikoor
                                      FTS 522-7278
                                      [COR LD NTC ret]
                                      420 SE 12th Street
                                      Fort Lauderdale, FL 33301
                                      954-522-2500


Pending Counts:                            Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE


========================

Docket as of August 21, 2000 11:55 am            Page 12

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP


Case Assigned to:  Judge William P. Dimitrouleas

MICHAEL EDDY (13) , No          John Frank Cotrone
defendant address in Item 3 of  FTS 779-7758
bond - from signature page:     954-779-7773
2119 N 35 Avenue, Hollywood,    Suite 1
FL 33021   954-964-7554         [COR LD NTC tmp]
aka                             509 SE 9th Street
Doug Eddy                       Fort Lauderdale, FL 33316
     defendant


Pending Counts:                          Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE

========================


Docket as of August 21, 2000 11:55 am          Page 13

```
Proceedings include all events.                              TEB
0:00cr6154-ALL USA v. Maragni, et al                        INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

KAISER AKEL (14) , No          Michael E. Dutko
defendant address in Item 3 of  FTS 764-5040
bond -- from signature page:    954-764-2500
5721 NW 60th St., Parkland, FL  [COR LD NTC tmp]
33067   954-755-7380            Bogenschutz & Dutko
     defendant                  600 S Andrews Avenue
                                Suite 500
                                Fort Lauderdale, FL 33301
                                954-764-2500


Pending Counts:                    Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1956-7530.F MONEY
LAUNDERING-GAMBLING/LOTTERY
(5)


Offense Level (opening): 4


Terminated Counts:

    NONE


Complaints:

    NONE

========================
```

```
Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                           INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

JAMES LAPOLLA (15)
     defendant


Pending Counts:                        Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints:

   NONE

=========================
```

```
Proceedings include all events.                              TEB
0:00cr6154-ALL USA v. Maragni, et al                         INTAPP
```

Case Assigned to:  Judge William P. Dimitrouleas

```
RICHARD D'ONOFRIO (16) , DOB:        Thomas D. Sclafani
3/2/46; Prisoner #55358-004;         FTS 767-8343
English Defendant address not        [COR LD NTC tmp]
provided in Item 3 of bond           Thomas D. Sclafani, P.A.
papers (15131 W. Tethercliff         200 East Broward Boulevard
St., Davie, FL 33331, 954-252-       Suite 1210
5888 from signature page of          Fort Lauderdale, FL 33301
bond papers)                         954-761-7201
     defendant
```

Pending Counts:                      Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:371.F CONSPIRACY TO DEFRAUD
THE UNITED STATES
(6)

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

========================

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                              INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

SCOTT MILLER (17) , DOB:          Herbert M. Cohen
6/2/61; Prisoner #55362-004;      FTS 766-7969
English 1400 Harrison St.,        954-763-8500
Hollywood, FL 33020               Suite 205
     defendant                    [COR LD NTC ret]
                                  200 SE 6th Street
                                  Fort Lauderdale, FL 33301

Pending Counts:                        Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

18:1955.F ILLEGAL GAMBLING
(2)

18:892.F EXTENSIONS OF CREDIT
BY EXTORTION
(3)

18:894.F COLLECTION OF CREDIT
BY EXTORTION
(4)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

========================

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

Case Assigned to:  Judge William P. Dimitrouleas

JEANNE BROOKS (18) ,              R. Michael Hursey
Defendant's address not          FTS 779-7980
provided in Item 3 of bond       954-779-1880
papers. (2565 NW 49 Ave, #207,   Suite 800
Lauderdale Lk, FL 33313 954-     [COR LD NTC ret]
677-3234 from signature page     One River Plaza
of bond papers)                  305 S Andrews Avenue
    defendant                    Fort Lauderdale, FL 33301

Pending Counts:                       Disposition

18:1962-7440.F RACKETEERING -
GAMBLING
(1)

Offense Level (opening): 4

Terminated Counts:

   NONE

Complaints:

   NONE

Proceedings include all events.                                          TEB
0:00cr6154-ALL USA v. Maragni, et al                                    INTAPP

REYNOLDS MARAGNI, DOB: 2/6/52 Prisoner#: 05323-018

         defendant

========================

JOSEPH ROTUNNO, also known as Joey Flowers

         defendant

========================

PERCY MORRIS, DOB: 8/12/64; Prisoner #55353-004; English

         defendant

========================

BERT CASKILL, DOB: 10/1/52; Prisoner #55355-004; English No
address for defendant in Item 3 of bond papers -- from
signature page: 20944 NE 37th Avenue, Adventura, FL 33180

         defendant

========================

GARY BRAESEKE, DOB: 1/19/61; Prisoner #55366-004; English
Defendant's address not provided in Item 3 of bond papers
(1610 E Hawthorne Circle, Hollywood, FL 33021 954-963-6372
from signature page)

         defendant

========================

EMRO CAPRI, DOB: 1/20/52; Prisoner #55354-004: English

         defendant

========================

MARTIN HALPERN, DOB: 2/15/55 Prisoner #: 55380-004 Address:
691 N.W. 100 Terrace, Plantation, FL 33324

         defendant

========================

Proceedings include all events.                                      TEB
0:00cr6154-ALL USA v. Maragni, et al                                 INTAPP


DANIEL MEISEL

                defendant


=========================

WILLIAM HAWKINS, Defendant address not provided in Item 3 of
bond papers (2000 Leslie Drive, illegible, 954-458-1485 fm
signature pg.)

                defendant


=========================

JAMES TRAVERS, James Paul Travers, Jr.; DOB 5/7/49; Prisoner
#33368-004; English; Defendant's address not provided in
Item 3 of bond papers (13500 SW 26 St, Davie, Fl 33375
954-472-2448 from signature page of bond)

                defendant


=========================

BARBARA DREZEK

                defendant


=========================

MARTIN ZARCADOOLAS, DOB: 5/15/66; Prisoner #55359-004;
English No address information in item 3 of bond papers --
from signature page: 46 Cedar Circle, Boynton Beach, Fl
33463 561-439-1703

                defendant


=========================

MICHAEL EDDY, also known as Doug Eddy, No defendant address
in Item 3 of bond - from signature page: 2119 N 35 Avenue,
Hollywood, FL 33021 954-964-7554

                defendant


=========================

KAISER AKEL, No defendant address in Item 3 of bond -- from

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

signature page: 5721 NW 60th St., Parkland, FL 33067
954-755-7380

        defendant

========================

JAMES LAPOLLA

        defendant

========================

RICHARD D'ONOFRIO, DOB: 3/2/46; Prisoner #55358-004; English
Defendant address not provided in Item 3 of bond papers
(15131 W. Tethercliff St., Davie, FL 33331, 954-252-5888
from signature page of bond papers)

        defendant

========================

SCOTT MILLER, DOB: 6/2/61; Prisoner #55362-004; English 1400
Harrison St., Hollywood, FL 33020

        defendant

========================

JEANNE BROOKS, Defendant's address not provided in Item 3 of
bond papers. (2565 NW 49 Ave, #207, Lauderdale Lk, FL 33313
954-677-3234 from signature page of bond papers)

        defendant

========================

USA

        plaintiff

U. S. Attorneys:

  Paul Schwartz, AUSA
  FTS 356-7336
  954-356-7314
  [COR LD NTC]
  United States Attorney's Office

Docket as of August 21, 2000 11:55 am              Page 21

```
Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7254

   PTS Officer
   FTS 530-7123
   305-808-6500
   [COR LD NTC]
   Pretrial Services Office
   330 Biscayne Boulevard
   Miami, FL 33132

   Probation Officer
   FTS 530-7652
   305-536-5334
   [COR LD NTC]
   United States Probation Office
   300 NE 1st Avenue
   Room 315
   Miami, FL 33132-2126
   305-536-5334
```

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                            INTAPP

6/6/00    1      MOTION by USA  as to Reynolds Maragni, Joseph Rotunno,
                 Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
                 Martin Halpern, Daniel Meisel, William Hawkins, James
                 Travers, Barbara Drezek, Martin Zarcadoolas, Michael Eddy,
                 Kaiser Akel, James Lapolla, Richard D'Onofrio, Scott
                 Miller, Jeanne Brooks to seal indictment and arrest
                 warrants until the arrest of the first defendant (pb)
                 [Entry date 06/07/00]

6/6/00    2      ORDER as to Reynolds Maragni, Joseph Rotunno, Percy Morris,
                 Bert Caskill, Gary Braeseke, Emro Capri, Martin Halpern,
                 Daniel Meisel, William Hawkins, James Travers, Barbara
                 Drezek, Martin Zarcadoolas, Michael Eddy, Kaiser Akel,
                 James Lapolla, Richard D'Onofrio, Scott Miller, Jeanne
                 Brooks granting [1-1] motion to seal indictment and arrest
                 warrants until the arrest of the first defendant as to
                 Reynolds Maragni (1), Joseph Rotunno (2), Percy Morris (3),
                 Bert Caskill (4), Gary Braeseke (5), Emro Capri (6), Martin
                 Halpern (7), Daniel Meisel (8), William Hawkins (9), James
                 Travers (10), Barbara Drezek (11), Martin Zarcadoolas (12),
                 Michael Eddy (13), Kaiser Akel (14), James Lapolla (15),
                 Richard D'Onofrio (16), Scott Miller (17), Jeanne Brooks
                 (18) ( Signed by Magistrate Barry S. Seltzer on 6/6/00)
                 CCAP [EOD Date: 6/7/00] CCAP (pb) [Entry date 06/07/00]

6/6/00    3      SEALED INDICTMENT as to  Reynolds Maragni (1) count(s) 1,
                 3, 4, 5, Joseph Rotunno (2) count(s) 1, 2, 3, 4, 5, 6,
                 Percy Morris (3) count(s) 1, 2, 3, 4, 5, Bert Caskill (4)
                 count(s) 1, 2, 3, 4, 5, Gary Braeseke (5) count(s) 1, 2, 3,
                 4, 5, Emro Capri (6) count(s) 1, 2, 5, Martin Halpern (7)
                 count(s) 1, 2, Daniel Meisel (8) count(s) 1, 2, 3, 4,
                 William Hawkins (9) count(s) 1, 2, 3, 4, James Travers (10)
                 count(s) 1, 2, Barbara Drezek (11) count(s) 1, 2, Martin
                 Zarcadoolas (12) count(s) 1, 2, 3, 4, 5, Michael Eddy (13)
                 count(s) 1, 2, 3, 4, 5, Kaiser Akel (14) count(s) 1, 5,
                 James Lapolla (15) count(s) 1, 3, 4, Richard D'Onofrio (16)
                 count(s) 1, 6, Scott Miller (17) count(s) 1, 2, 3, 4,
                 Jeanne Brooks (18) count(s) 1 (Criminal Category 3) (pb)
                 [Entry date 06/07/00]

6/6/00    --     Magistrate identification:  Magistrate Judge Ted E.
                 Bandstra (pb) [Entry date 06/07/00]

6/6/00    4       ARREST WARRANT issued as to Reynolds Maragni .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 06/07/00]

6/6/00    5      ARREST WARRANT issued as to Joseph Rotunno .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 06/07/00]

6/6/00    6      ARREST WARRANT issued as to Percy Morris .    Warrant
                 issued by Magistrate Barry S. Seltzer Pretrial Detention
                 Requested (pb) [Entry date 06/07/00]

6/6/00    7     ARREST WARRANT issued as to Bert Caskill .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    8     ARREST WARRANT issued as to Gary Braeseke .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    9     ARREST WARRANT issued as to Emro Capri .    Warrant  issued
                by Magistrate Barry S. Seltzer   Bail fixed at $100,000 CSB
                w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    10    ARREST WARRANT issued as to Martin Halpern .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $150,000 PSB (pb) [Entry date 06/07/00]

6/6/00    11    ARREST WARRANT issued as to Daniel Meisel .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $150,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    12    ARREST WARRANT issued as to William Hawkins .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    13    ARREST WARRANT issued as to James Travers .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 PSB (pb) [Entry date 06/07/00]

6/6/00    14    ARREST WARRANT issued as to Barbara Drezek .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 PSB (pb) [Entry date 06/07/00]

6/6/00    15    ARREST WARRANT issued as to Martin Zarcadoolas .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    16    ARREST WARRANT issued as to Michael Eddy .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    17    ARREST WARRANT issued as to Kaiser Akel .    Warrant issued
                by Magistrate Barry S. Seltzer   Bail fixed at $150,000 CSB
                w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    18    ARREST WARRANT issued as to James Lapolla .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    19    ARREST WARRANT issued as to Richard D'Onofrio .    Warrant
                issued by Magistrate Barry S. Seltzer   Bail fixed at
                $150,000 PSB (pb) [Entry date 06/07/00]

Proceedings include all events.                                        TEB
0:00cr6154-ALL USA v. Maragni, et al                    VOl . 1 Cont INTAPP

6/6/00    20      ARREST WARRANT issued as to Scott Miller .    Warrant
                  issued by Magistrate Barry S. Seltzer    Bail fixed at
                  $100,000 CSB w/Nebbia (pb) [Entry date 06/07/00]

6/6/00    21      ARREST WARRANT issued as to Jeanne Brooks .    Warrant
                  issued by Magistrate Barry S. Seltzer    Bail fixed at
                  $100,000 PSB (pb) [Entry date 06/07/00]

6/21/00   (22)    ORDER unsealing as to Reynolds Maragni, Joseph Rotunno,
                  Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
                  Martin Halpern, Daniel Meisel, William Hawkins, James
                  Travers, Barbara Drezek, Martin Zarcadoolas, Michael Eddy,
                  Kaiser Akel, James Lapolla, Richard D'Onofrio, Scott
                  Miller, Jeanne Brooks  ( Signed by Magistrate Judge Lurana
                  S. Snow on 6/21/00) CCAP [EOD Date: 6/27/00] (sp)
                  [Entry date 06/27/00]

6/21/00   23      REPORT Commencing Criminal Action as to Emro Capri  DOB:
                  1/20/52  Prisoner # 55354-004 (sp) [Entry date 06/27/00]

6/21/00   --      ARREST of Emro Capri (sp) [Entry date 06/27/00]

6/21/00   24      REPORT Commencing Criminal Action as to Bert Caskill  DOB:
                  10/1/52  Prisoner # 55355-004  English (sp)
                  [Entry date 06/27/00]

6/21/00   --      ARREST of Emro Capri (sp) [Entry date 06/27/00]

6/21/00   25      REPORT Commencing Criminal Action as to Richard D'Onofrio
                  DOB: 3/2/46  Prisoner # 55358-004  English (sp)
                  [Entry date 06/27/00]

6/21/00   --      ARREST of Richard D'Onofrio (sp) [Entry date 06/27/00]

6/21/00   26      REPORT Commencing Criminal Action as to James Travers  DOB:
                  5/7/49  Prisoner # 33368-004 English (sp)
                  [Entry date 06/27/00]

6/21/00   --      ARREST of James Travers (sp) [Entry date 06/27/00]

6/21/00   27      REPORT Commencing Criminal Action as to Gary Braeseke  DOB:
                  1/19/61  Prisoner # 55366-004  English (sp)
                  [Entry date 06/27/00]

6/21/00   --      ARREST of Gary Braeseke (sp) [Entry date 06/27/00]

6/21/00   28      REPORT Commencing Criminal Action as to Percy Morris  DOB:
                  8/12/64  Prisoner # 55353-004 English (sp)
                  [Entry date 06/27/00]

6/21/00   --      ARREST of Percy Morris (sp) [Entry date 06/27/00]

6/21/00   29      REPORT Commencing Criminal Action as to Martin Zarcadoolas
                  DOB: 5/15/66  Prisoner # 55359-004 English (sp)

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

     [Entry date 06/27/00]

6/21/00  --     ARREST of Martin Zarcadoolas (sp) [Entry date 06/27/00]

6/21/00  30     REPORT Commencing Criminal Action as to Scott Miller  DOB:
                6/2/61  Prisoner # 55362-004  English (sp)
                [Entry date 06/27/00]

6/21/00  --     ARREST of Scott Miller (sp) [Entry date 06/27/00]

6/21/00  32     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Percy Morris ;  set
                Arraignment for 6/27/00 2:00  before Magistrate Stephen T.
                Brown, and  set Detention Hearing for 6/27/00 2:00
                before Magistrate Stephen T. Brown, and CJA counsel to be
                appointed -- William Norris;  Court Reporter Name or Tape
                #: FTL/LSS 00-30-1575 to 2306 (sp) [Entry date 06/27/00]

6/21/00  33     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Emro Capri ; FPD
                appointed as counsel, and bond hearing deferred  -
                counsel to call; Tape #: FTL/LSS 00-30-1575 to 3552 (sp)
                [Entry date 06/27/00]

6/21/00  34     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Martin Zarcadoolas ;
                set Report re counsel for 6/28/00 11:00※  before
                Magistrate Judge Lurana S. Snow, and  set Arraignment for
                6/28/00 11:00  before Magistrate Judge Lurana S. Snow, and
                bond set at $100,000 CSB w/Nebbia, report to PTS as
                directed, surrender passport at Nebbia hearing Tape #:
                FTL/LSS 00-30-2663 to 3137 (sp) [Entry date 06/27/00]

6/21/00  35     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Michael Eddy ;  set
                Report re counsel for 6/28/00 11:00※  before Magistrate
                Judge Lurana S. Snow, and  set Bond Hearing for 6/28/00
                11:00  before Magistrate Judge Lurana S. Snow, and  set
                Arraignment for 6/28/00 11:00 before Magistrate Judge
                Lurana S. Snow, and bond set at $100,000 corporate surety
                with Nebbia (no hrg held) Tape #: FTL/LSS 00-030-2663 (sp)
                [Entry date 06/27/00]

6/21/00  36     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Kaiser Akel ;  set
                Report re counsel for 6/28/00 11:00※  before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00 before Magistrate Judge Lurana S. Snow, and bond
                set at $150,000 corporate surety with Nebbia (no hearing
                held) Tape #: FTL/LSS 00-030-2663 to 3351 (sp)
                [Entry date 06/27/00]

6/21/00  37     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Richard D'Onofrio ;
                set Report re counsel for 6/28/00 11:00 before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00 before Magistrate Judge Lurana S. Snow, and bond
                set at $150,000 personal surety, report to pretrial
                services as directed (no bond hearing held) Tape #:
                FTL/LSS 00-030-2663 to 3438 (sp) [Entry date 06/27/00]

6/21/00  38     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Jeanne Brooks ;  set
                Report re counsel for 6/28/00 11:00 before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00 before Magistrate Judge Lurana S. Snow, and bond
                set at $100,000 personal surety, report to pretrial
                services as directed (no bond hearing held) Tape #:
                FTL/LSS 00-30-2663 (sp) [Entry date 06/27/00]

6/21/00  39     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to James Travers ;
                Philip Horowitz appointed as CJA counsel, and bond set
                at $100,000 personal surety, report to PTS as directed (no
                bond hearing held) Tape #: FTL/LSS 00-30-2663, recall
                00-31-37 (sp) [Entry date 06/27/00]

6/21/00  40     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to William Hawkins ;
                set Report re counsel for 6/28/00 11:00 before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00 before Magistrate Judge Lurana S. Snow, and
                stipulated bond set at $50,000/10% cash, report to PTS as
                directed Tape #: FTL/LSS 00-30-3920, recalled at
                00-31-281. (sp) [Entry date 06/27/00]

6/21/00  41     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Scott Miller ;  set
                Report re counsel for 6/28/00 11:00 before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00  before Magistrate Judge Lurana S. Snow, and
                stipulated bond set at #250,000 personal surety, co-signed
                by mother and father, report to PTS as directed, travel
                extended to continental US Tape #: FTL/LSS
                00-30-2663,recalled at 00-31-164 (sp) [Entry date 06/27/00]

6/21/00  42     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Gary Braeseke ;  set
                Report re counsel for 6/28/00 11:00 before Magistrate
                Judge Lurana S. Snow, and  set Arraignment for 6/28/00
                11:00 before Magistrate Judge Lurana S. Snow, and bond
                set at $250,000 personal surety cosigned by wife-Dawn
                Braeseke, Kenneth Braeseke Sr and Kenneth Braeseke Jr by
                4PM 6/23/00, report to PTS as directed (no hearing held)
                Tape #: FTL/LSS 00-30-1575, recalled at 031-76 (sp)
                [Entry date 06/27/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

6/21/00  43      Minutes of initial appearance held on 6/21/00  before
                 Magistrate Judge Lurana S. Snow as to Bert Caskill ;  set
                 Report re counsel for 6/23/00 11:00▓ before Magistrate
                 Judge Lurana S. Snow, and  set Arraignment for 6/23/00
                 11:00 before Magistrate Judge Lurana S. Snow, and bond
                 set at $250,000 personal surety (no hearing held), cosigned
                 b wife and sister, report to PTS as directed, surrender
                 passport by 4 PM on 6/23 if it has not expired Tape #:
                 FTL/LSS 00-030-1575, recalled 00-31-920 (sp)
                 [Entry date 06/27/00]

6/21/00  44       PERSONAL SURETY BOND entered by William Hawkins  in
                 Amount $ 50,000/10% cash Receipt # 401 519736    Approved by
                 Magistrate Judge Lurana S. Snow .  Report to PTS as
                 follows: as directed. (address of deft not provided on page
                 1 of bond) (sp) [Entry date 06/27/00]

6/21/00  45       PERSONAL SURETY BOND entered by Jeanne Brooks  in  Amount
                 $ 100,000, Approved by Magistrate Judge Lurana S. Snow .
                 Report to PTS as follows: as directed. (No address for deft
                 provided in Item 3 of bond papers) (sp)
                 [Entry date 06/27/00]

6/21/00  46       PERSONAL SURETY BOND entered by Richard D'Onofrio  in
                 Amount $ 150,000  Approved by Magistrate Judge Lurana S.
                 Snow .  Report to PTS as follows: as directed. (No address
                 for defendant provided in Item 3 of bond.) (sp)
                 [Entry date 06/27/00]

6/21/00  47       PERSONAL SURETY BOND entered by James Travers  in  Amount
                 $ 100,000   Approved by Magistrate Judge Lurana S. Snow .
                 Report to PTS as follows: as directed. (No address for
                 defendant provided in Item 3 of bond) (sp)
                 [Entry date 06/27/00]

6/21/00  48       PERSONAL SURETY BOND entered by Scott Miller  in  Amount $
                 250,000 cosigned by mother and father,   Approved by
                 Magistrate Judge Lurana S. Snow .  Report to PTS as
                 follows:as directed;  Additional conditions: permitted
                 travel throughout the U.S. for business purposes-notify
                 PTS, all personal travel needs a motion. (sp)
                 [Entry date 06/27/00]

6/21/00  49       PERSONAL SURETY BOND entered by Gary Braeseke  in  Amount
                 $ 250,000 Approved by Magistrate Judge Lurana S. Snow .
                 Report to PTS as follows:as directed.  Additional
                 conditions: bond co-signed by Dawn Braeseke(wife), Kenneth
                 Braeseke Sr. (father), Kenneth Braeseke Jr. (brother) by
                 6/23/00 4:00 PM. (Address for defendant not provided in
                 Item 3 of bond) (sp) [Entry date 06/27/00]

6/21/00  50      NOTICE of Temporary Appearance for Martin Zarcadoolas by
                 Attorney Raymond Charles Miller (sp) [Entry date 06/29/00]

Docket as of August 21, 2000 11:55 am                    Page 28

Proceedings include all events.                                        TEB
0:00cr6154-ALL USA v. Maragni, et al                                   INTAPP

6/21/00  51     NOTICE of Temporary Appearance for Kaiser Akel by Attorney
                Michael E. Dutko (sp) [Entry date 06/29/00]

6/21/00  52     NOTICE of Temporary Appearance for Gary Braeseke by
                Attorney James Michael Stark (sp) [Entry date 06/29/00]

6/21/00  53     NOTICE of Temporary Appearance for Richard D'Onofrio by
                Attorney Thomas D. Sclafani (sp) [Entry date 06/29/00]

6/21/00  54     NOTICE of Temporary Appearance for Michael Eddy by Attorney
                John Frank Cotrone (sp) [Entry date 06/29/00]

6/21/00  55     ARRAIGNMENT INFORMATION SHEET for Emro Capri (6) count(s)
                1, 2, 5   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (sp) [Entry date 06/29/00]

6/21/00  56     ARRAIGNMENT INFORMATION SHEET for James Travers (10)
                count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (sp) [Entry date 06/29/00]

6/21/00  70     ORDER on Initial Appearance as to Kaiser Akel Bond set to
                $150,000 CSB w/Nebbia for Kaiser Akel., setting Special
                Conditions:  Report to PTS as follows:  Arraignment set
                for 11:00 6/28/00 for Kaiser Akel ; Report re counsel set
                for 11:00 6/28/00 for Kaiser Akel ;   before Magistrate
                Judge Lurana S. Snow, ,  ( Signed by Magistrate Judge
                Lurana S. Snow  on 6/21/00)  Tape # 00-30 CCAP (sp)
                [Entry date 06/29/00]

6/21/00  --     ARREST of Reynolds Maragni (wc) [Entry date 06/29/00]

6/21/00  --     ARREST of Michael Eddy (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Reynolds Maragni (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Percy Morris (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Emro Capri (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of William Hawkins (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of James Travers (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Gary Braeseke (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Bert Caskill (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Bert Caskill (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Jeanne Brooks (sp) [Entry date 06/29/00]

6/21/00  --     ARREST of Richard D'Onofrio (sp) [Entry date 06/29/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al              ⟍ℝↄ.⎮Ϲↄↄ.INTAPP

------------------------------------------------------------------------

6/21/00  --    ARREST of Scott Miller (sp) [Entry date 06/29/00]

6/21/00  --    ARREST of Daniel Meisel in District of Arizona (ss)
               [Entry date 07/13/00]

6/22/00  (57)  Minutes of initial appearance held on 6/21/00 before
               Magistrate Judge Lurana S. Snow as to Joseph Rotunno ;
               set Detention Hearing for 6/27/00 2:00 before Magistrate
               Stephen T. Brown, and set ting Report re counsel for
               6/30/00 11:00❀ before Magistrate Judge Lurana S. Snow,
               and set Arraignment for 6/30/00 11:00 before Magistrate
               Judge Lurana S. Snow Tape #: FTL/LSS 00-031-1197 thru 1470
               (sp) [Entry date 06/29/00]

6/22/00  58    Minutes of initial appearance held on 6/21/00 before
               Magistrate Judge Lurana S. Snow as to Reynolds Maragni ;
               setting Report re counsel for 6/30/00 11:00❀ before
               Magistrate Judge Lurana S. Snow, and set Detention
               Hearing for 6/27/00 2:00 before Magistrate Stephen T.
               Brown, and set Arraignment for 6/30/00 11:00 before
               Magistrate Judge Lurana S. Snow Tape #: FTL/LSS
               00-031-1473 thru 1515 (sp) [Entry date 06/29/00]

6/22/00  59    ORDER on Initial Appearance as to Emro Capri, bond hearing
               deferred for Emro Capri., and for Appointment of Public
               Defender, , ( Signed by Magistrate Judge Lurana S.
               Snow on 6/21/00) Tape # LSS-00-30 CCAP (sp)
               [Entry date 06/29/00]

6/22/00  60    ORDER on Initial Appearance as to Scott Miller Bond set to
               $250,000 personal surety for Scott Miller, report to PTS as
               directed. Arraignment set for 11:00 6/28/00 for Scott
               Miller ; Report re counsel set for 11:00 6/28/00 for Scott
               Miller ; before Magistrate Judge Lurana S. Snow, , (
               Signed by Magistrate Judge Lurana S. Snow on 6/21/00)
               Tape # LSS-00-030 CCAP (sp) [Entry date 06/29/00]

6/22/00  61    ORDER on Initial Appearance as to Reynolds Maragni Bond set
               to custody for Reynolds Maragni. Arraignment set for
               11:00 6/28/00 for Reynolds Maragni ; Report re counsel set
               for 11:00 6/28/00 for Reynolds Maragni before Magistrate
               Snow ; Detention hearing set for 3:00 6/26/00 for Reynolds
               Maragni before Magistrate Brown , ( Signed by
               Magistrate Judge Lurana S. Snow on 6/21/00) Tape # 00-030
               CCAP (sp) [Entry date 06/29/00]

6/22/00  62    ORDER on Initial Appearance as to Bert Caskill Bond set to
               information unavailable-custody for Bert Caskill.,
               setting Report re counsel for ❀Arraignment set for 11:00
               6/23/00 for Bert Caskill ; Report re counsel set for 11:00
               6/23/00 for Bert Caskill ; before Magistrate Judge Lurana
               S. Snow, , ( Signed by Magistrate Judge Lurana S.
               Snow on 6/21/00) Tape # 00-030 CCAP (sp)
               [Entry date 06/29/00]

Docket as of August 21, 2000 11:55 am                    Page 30

6/22/00  63    ORDER on Initial Appearance as to Gary Braeseke Bond set to
               information not provided - spec. cond. report to PTS as
               directed; arraignment set for 11:00 6/28/00 for Gary
               Braeseke ; Report re counsel set for 11:00 6/28/00 for Gary
               Braeseke ;    before Magistrate Judge Lurana S. Snow, ,
               ( Signed by Magistrate Judge Lurana S. Snow  on 6/21/00)
               Tape # 00-030 CCAP (sp) [Entry date 06/29/00]

6/22/00  64    ORDER on Initial Appearance as to James Travers Bond set to
               $100,000 personal surety for James Travers., setting
               Special Conditions:  Report to PTS as follows: as directed
               , ,  ( Signed by Magistrate Judge Lurana S. Snow  on
               6/21/00)  Tape # 00-030 CCAP (sp) [Entry date 06/29/00]

6/22/00  65    ORDER on Initial Appearance as to Michael Eddy Bond set to
               custody for Michael Eddy.   Bond Hearing set for 11:00
               6/23/00 for Michael Eddy; Arraignment set for 11:00 6/28/00
               for Michael Eddy ; Report re counsel set for 11:00 6/28/00
               for Michael Eddy ;    before Magistrate Judge Lurana S.
               Snow, ,  ( Signed by Magistrate Judge Lurana S. Snow
               on 6/21/00)  Tape # 00-030 CCAP (sp) [Entry date 06/29/00]

6/22/00  66    ORDER on Initial Appearance as to William Hawkins Bond set
               to $50,000/10% cash for William Hawkins., setting Special
               Conditions:  Report to PTS as follows:  Arraignment set
               for 11:00 6/28/00 for William Hawkins ; Report re counsel
               set for 11:00 6/28/00 for William Hawkins ;    before
               Magistrate Judge Lurana S. Snow, ,  ( Signed by
               Magistrate Judge Lurana S. Snow  on 6/21/00)  Tape # 00-030
               CCAP (sp) [Entry date 06/29/00]

6/22/00  67    ORDER on Initial Appearance as to Percy Morris Bond set to
               custody for Percy Morris.   Arraignment set for 2:00
               6/27/00 for Percy Morris ; Detention hearing set for 2:00
               6/27/00 for Percy Morris ;    before Magistrate Stephen T.
               Brown, ,  ( Signed by Magistrate Judge Lurana S. Snow
               on 6/21/00) Tape # unavailable CCAP (sp)
               [Entry date 06/29/00]

6/22/00  68    ORDER on Initial Appearance as to Richard D'Onofrio Bond
               set to unavailable for Richard D'Onofrio.   Arraignment set
               for 11:00 6/28/00 for Richard D'Onofrio ; Report re counsel
               set for 11:00 6/28/00 for Richard D'Onofrio ;    before
               Magistrate Judge Lurana S. Snow, ,  ( Signed by
               Magistrate Judge Lurana S. Snow  on 6/21/00)  Tape # 00-030
               CCAP (sp) [Entry date 06/29/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                           INTAPP

6/22/00  69    ORDER on Initial Appearance as to Martin Zarcadoolas Bond
               set to $100,000 corporate surety with Nebbia for Martin
               Zarcadoolas., setting Special Conditions:  Surrender
               passports;  Report to PTS as follows:  Arraignment set for
               11:00 6/28/00 for Martin Zarcadoolas ; Report re counsel
               set for 11:00 6/28/00 for Martin Zarcadoolas ;   before
               Magistrate Judge Lurana S. Snow, ,  ( Signed by
               Magistrate Judge Lurana S. Snow  on 6/21/00)  Tape # 00-030
               CCAP (sp) [Entry date 06/29/00]

6/22/00  71    ORDER on Initial Appearance as to Joseph Rotunno Bond set
               to  for Joseph Rotunno.   Detention hearing set for 2:00
               6/27/00 for Joseph Rotunno before Magistrate Brown ;
               Arraignment set for 11:00 6/30/00 for Joseph Rotunno ;
               Report re counsel set for 11:00 6/30/00 for Joseph Rotunno ;
                  before Magistrate Judge Lurana S. Snow, ,  ( Signed
               by Magistrate Judge Lurana S. Snow  on 6/21/00)  Tape #
               00-31 CCAP (sp) [Entry date 06/29/00]

6/22/00  72    ORDER on Initial Appearance as to Jeanne Brooks Bond set to
               $100,000 personal surety for Jeanne Brooks., setting
               Special Conditions:  Report to PTS as follows:
               Arraignment set for 11:00 6/28/00 for Jeanne Brooks ;
               Report re counsel set for 11:00 6/28/00 for Jeanne Brooks ;
                  before Magistrate Judge Lurana S. Snow, ,  ( Signed
               by Magistrate Judge Lurana S. Snow  on 6/21/00)  Tape #
               00-030 CCAP (sp) [Entry date 06/29/00]

6/22/00  75     PERSONAL SURETY BOND entered by Bert Caskill  in  Amount $
               $250,000 cosigned by wife and sister (note: bond not
               co-signed by sister) Approved by Magistrate Judge Lurana S.
               Snow .  Surrender passports/travel documents to Pretrial
               Services Office by 4PM on 6/23/00; Report to PTS as
               follows: as directed (sp) [Entry date 06/29/00]

6/22/00  76    STANDING DISCOVERY ORDER as to Emro Capri   all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order ( Signed by Magistrate Judge
               Lurana S. Snow on 6/21/00)  Tape # 00-030  CCAP (sp)
               [Entry date 06/29/00]

6/22/00  77    STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS ORDER as
               to Emro Capri . ( Signed by Magistrate Judge Lurana S. Snow
               on 6/21/00) CCAP [EOD Date: 6/29/00]  CCAP (sp)
               [Entry date 06/29/00]

6/23/00  78     Arrest WARRANT Returned Executed as to Michael Eddy on
               6/21/00 (sp) [Entry date 06/29/00]

6/23/00  79    ARREST WARRANT Returned Executed as to Reynolds Maragni on
               6/21/00 (sp) [Entry date 06/29/00]

6/23/00  80    ARREST WARRANT Returned Executed as to Percy Morris on
               6/21/00 (sp) [Entry date 06/29/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                              INTAPP

6/23/00  81        ARREST WARRANT Returned Executed as to Emro Capri on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  82        ARREST WARRANT Returned Executed as to William Hawkins on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  83        ARREST WARRANT Returned Executed as to James Travers on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  84        ARRESt WARRANT Returned Executed as to Gary Braeseke on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  85        ARREST WARRANT Returned Executed as to Bert Caskill on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  86        ARREST WARRANT Returned Executed as to Jeanne Brooks on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  87        ARREST WARRANT Returned Executed as to Richard D'Onofrio
                   on 6/21/00 (sp) [Entry date 06/29/00]

6/23/00  88        ARREST WARRANT Returned Executed as to Scott Miller on
                   6/21/00 (sp) [Entry date 06/29/00]

6/23/00  89        NOTICE of Assignment of Assistant Public Defender for Emro
                   Capri . Terminated  AFPD Martin John Bidwill assigned. (sp)
                   [Entry date 06/29/00]

6/23/00  90        DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                   Emro Capri (sp) [Entry date 06/29/00]

6/23/00  91        NOTICE of Temporary Appearance for Reynolds Maragni by
                   Attorney Allen Stewart Kaufman (sp) [Entry date 06/29/00]
                   [Edit date 06/29/00]

6/23/00  92        Minutes of bond hearing held on 6/23/00  before Magistrate
                   Judge Lurana S. Snow as to Michael Eddy ; bond set at
                   $250,000 personal surety, setting Special Conditions:
                   bond to be cosigned by wife and mother Tape #: FTL/LSS
                   00-033-1823 (sp) [Entry date 06/29/00]

6/23/00  93         PERSONAL SURETY BOND entered by Michael Eddy  in  Amount
                   $250,000    Approved by Magistrate Judge Lurana S. Snow .
                   Additional conditions: bond to be cosigned by wife and
                   mother (sp) [Entry date 06/29/00]

6/23/00  94        Minutes of inquiry re counsel/arraignment held on 6/23/00
                   before Magistrate Judge Lurana S. Snow as to Bert Caskill ;
                   resetting Report re counsel for 7/3/00 10:00▒  before
                   Magistrate Judge Lurana S. Snow, and  reset Arraignment
                   for 7/3/00 10:00 before Magistrate Judge Lurana S. Snow
                   Court Reporter Name or Tape #: FTL/LSS 00-033-1673 thru
                   1819 (sp) [Entry date 06/29/00]

Docket as of August 21, 2000 11:55 am              Page 33

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                            INTAPP

6/23/00  --    Deadline updated as to Bert Caskill,  resetting Report re
               counsel for ⅜ 10:00 7/3/00 for Bert Caskill   before Duty
               Magistrate in Miami,  reset Arraignment for 10:00 7/3/00
               for Bert Caskill  before Duty Magistrate in Miami (sp)
               [Entry date 06/29/00]

6/23/00  95    CORPORATE SURETY BOND entered by Martin Zarcadoolas  in
               Amount $ 100,000 Receipt # (Surety Information: Allegheny
               Casualty Company , Cynthia Gayner , 540 SE 6th Street, Ft.
               Lauderdale, Fl 33321), setting Special Conditions:
               Surrender passports to pretrial services;  Report to PTS as
               follows: as directed Approved by Magistrate Judge Lurana
               S. Snow . (sp) [Entry date 06/29/00]

6/23/00  96    CORPORATE SURETY BOND entered by Kaiser Akel  in  Amount $
               150,000 (Surety Information: Accredited Surety and
               Casualty , Mark S. Nedelsky , 916 S. Andrews Avenue, Ft.
               Lauderdale, FL 33316)  Approved by Magistrate Judge
               Lurana S. Snow . Report to PTS as follows: as directed. (sp)
               [Entry date 06/29/00]

6/23/00  --    Report Re Counsel  as to Bert Caskill held (sp)
               [Entry date 06/29/00]

6/23/00  --    Bond hearing as to Michael Eddy  held (sp)
               [Entry date 06/29/00]

6/23/00  102   NOTICE of filing attached co-signature page of personal
               surety bond entered as to Bert Caskill (tdj)
               [Entry date 06/29/00]

6/23/00  103   NOTICE of filing attached co-signature page of personal
               surety bond entered as to Scott Miller (tdj)
               [Entry date 06/29/00]

6/23/00  104   NOTICE of filing attached co-signature page of personal
               surety bond entered as to Gary Braeseke (tdj)
               [Entry date 06/29/00]

6/23/00  --    ARREST of Barbara Drezek in District of New Jersey (Newark)
               (ss) [Entry date 07/11/00]

6/26/00  --    ARREST of Martin Halpern (wc) [Entry date 06/29/00]

6/26/00  98    ORDER on Initial Appearance as to Martin Halpern Bond set
               to $150,000 PSB for Martin Halpern.  Arraignment set for
               10:00 7/7/00 for Martin Halpern ;  before Duty Magistrate,
               , ( Signed by Magistrate Judge Lurana S. Snow  on
               6/26/00) Tape # 00-034 CCAP (tdj) [Entry date 06/29/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al              VCI, 1Cont INTAPP

6/26/00  100    PERSONAL BOND entered by Martin Halpern  in  Amount $
                150,000   Approved by Magistrate Judge Lurana S. Snow .
                Surrender passports/travel documents;  Report to PTS as
                follows: as directed (tdj) [Entry date 06/29/00]

6/26/00  101    Minutes of initial appearance held on 6/26/00  before
                Magistrate Judge Lurana S. Snow as to Martin Halpern ;
                Court Reporter Name or Tape #: 00-034 (tdj)
                [Entry date 06/29/00]

6/26/00  108    NOTICE of Temporary Appearance for Martin Halpern by
                Attorney Ira N. Loewy (tdj) [Entry date 06/30/00]

6/27/00  31     Minutes of initial appearance held on 6/21/00  before
                Magistrate Judge Lurana S. Snow as to Reynolds Maragni ;
                set Report re counsel for 6/22/00 at 11:00 �☆ before
                Magistrate Judge Lurana S. Snow, and  set Detention
                Hearing for 6/26/00 at 3:00 before Magistrate Stephen T.
                Brown, and  set Arraignment for 6/26/00 3:00 before
                Magistrate Stephen T. Brown  Court Reporter Name or Tape
                #: FTL/LSS 00-30-1575 to 2191 (sp) [Entry date 06/27/00]

6/27/00  73     REPORT Commencing Criminal Action as to Martin Halpern
                DOB: 2/15/55  Prisoner # 55380-004 (wc)
                [Entry date 06/29/00]

6/27/00  74     REPORT Commencing Criminal Action as to Reynolds Maragni
                DOB: 2/6/52  Prisoner # (None given) (wc)
                [Entry date 06/29/00]

6/27/00  99     NOTICE of Appearance for Gary Braeseke by Attorney James M.
                Stark (tdj) [Entry date 06/29/00]

6/28/00  97     NOTICE of Appearance for Scott Miller by Attorney Herbert
                M. Cohen (wc) [Entry date 06/29/00]

6/28/00  105    ORDER OF RECUSAL: transferring case to the calendar of
                District Judge William P. Dimitrouleas as to Reynolds
                Maragni, Joseph Rotunno, Percy Morris, Bert Caskill, Gary
                Braeseke, Emro Capri, Martin Halpern, Daniel Meisel,
                William Hawkins, James Travers, Barbara Drezek, Martin
                Zarcadoolas, Michael Eddy, Kaiser Akel, James Lapolla,
                Richard D'Onofrio, Scott Jeanne Brooks ( Signed by Judge
                Adalberto Jordan on 6/26/00) CCAP [EOD Date: 6/29/00] CCAP
                (tdj) [Entry date 06/29/00]

6/28/00  --     CASE reassigned  to Judge William P. Dimitrouleas (tdj)
                [Entry date 06/29/00]

6/28/00  131    ORDER as to Emro Capri to Set Bond Bond reset to $100,000
                Personal Surety for Emro Capri. Report to Pretrial Services
                as directed. (Signed by Magistrate Judge Lurana S. Snow on
                6/28/00) CCAP [EOD Date: 7/3/00] CCAP☆ (ss)
                [Entry date 07/03/00]

Docket as of August 21, 2000 11:55 am              Page 35
                                                   End, vd.1

6/28/00   132   ORDER as to Emro Capri to Set Bond  Bond reset to $50,000
                10% for Emro Capri. Report to Pretrial Services as
                directed. (Signed by Magistrate Judge Lurana S. Snow on
                6/28/00) CCAP [EOD Date: 7/3/00] CCAP※ (ss)
                [Entry date 07/03/00]

6/28/00   142   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to William
                Hawkins; Inquiry Re Counsel/Arraignment 7/6/00 at 10:00;
                Court Reporter Name or Tape #: 00-036 @ 817-1832 (ss)
                [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to William Hawkins held (ss)
                [Entry date 07/05/00]

6/28/00   143   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to Martin
                Zarcadoolas; Court Reporter Name or Tape #: 00-036 @
                817-1117 (ss) [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to Martin Zarcadoolas held (ss)
                [Entry date 07/05/00]

6/28/00   144   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to Michael Eddy;
                Court Reporter Name or Tape #: 00-036 @ 817-1117 (ss)
                [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to Michael Eddy held (ss)
                [Entry date 07/05/00]

6/28/00   145   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to Richard
                D'Onofrio; Court Reporter Name or Tape #: 00-036 @ 817-1117
                (ss) [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to Richard D'Onofrio held (ss)
                [Entry date 07/05/00]

6/28/00   146   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to Jeanne Brooks;
                Court Reporter Name or Tape #: 00-036 @ 817-1117 (ss)
                [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to Jeanne Brooks held (ss)
                [Entry date 07/05/00]

6/28/00   147   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
                before Magistrate Judge Lurana S. Snow as to Scott Miller;
                Court Reporter Name or Tape #: 00-036 @ 817-1117 (ss)
                [Entry date 07/05/00]

6/28/00   --    Inquiry Re Counsel as to Scott Miller held (ss)

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

         [Entry date 07/05/00]

6/28/00  148   Minutes of Inquiry Re Counsel/Arraignment held on 6/28/00
               before Magistrate Judge Lurana S. Snow as to Gary Braeseke;
               Court Reporter Name or Tape #: 00-036 @ 817-1117 (ss)
               [Entry date 07/05/00]

6/28/00  --    Inquiry Re Counsel as to Gary Braeseke held (ss)
               [Entry date 07/05/00]

6/28/00  149   Minutes of Stipulated Bond/Arraignment held on 6/28/00
               before Magistrate Judge Lurana S. Snow as to Emro Capri;
               Court Reporter Name or Tape #: 00-036 @ 817-1117 (ss)
               [Entry date 07/05/00]

6/28/00  --    Stipulated Bond hearing as to Emro Capri held (ss)
               [Entry date 07/05/00]

6/28/00  150   ARRAIGNMENT INFORMATION SHEET for Michael Eddy (13)
               count(s) 1, 2, 3, 4, 5 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 07/05/00]

6/28/00  151   ARRAIGNMENT INFORMATION SHEET for Richard D'Onofrio (16)
               count(s) 1, 6 NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (ss) [Entry date 07/05/00]   .

6/28/00  152   ARRAIGNMENT INFORMATION SHEET for Martin Zarcadoolas (12)
               count(s) 1, 2, 3, 4, 5 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 07/05/00]

6/28/00  153   ARRAIGNMENT INFORMATION SHEET for Emro Capri NOT GUILTY
               PLEA ENTERED as to all counts. Court accepts plea. (ss)
               [Entry date 07/05/00]

6/28/00  154   ARRAIGNMENT INFORMATION SHEET for Gary Braeseke (5)
               count(s) 1, 2, 3, 4, 5  NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 07/05/00]

6/28/00  155   ARRAIGNMENT INFORMATION SHEET for Scott Miller (17)
               count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 07/05/00]

6/28/00  156   ARRAIGNMENT INFORMATION SHEET for Jeanne Brooks (18)
               count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court
               accepts plea. (ss) [Entry date 07/05/00]

6/29/00  106   NOTICE of Permanent Appearance for Reynolds Maragni by
               Attorney Allen S. Kaufman (ss) [Entry date 06/30/00]

6/29/00  107   Minutes of Inquiry Re Counsel/Stipulated Bond held on
               6/29/00 before Magistrate Judge Lurana S. Snow as to
               Reynolds Maragni; Court Reporter Name or Tape #: 00-036 @
               2951-3318 (ss) [Entry date 06/30/00]

Docket as of August 21, 2000 11:55 am                    Page 37

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

6/29/00  --    Stipulated Bond hearing as to Reynolds Maragni held (ss)
               [Entry date 06/30/00]

6/29/00  109   STANDING DISCOVERY ORDER as to Gary Braeseke, Emro Capri,
               Martin Zarcadoolas, Michael Eddy, Richard D'Onofrio, Scott
               Miller, Jeanne Brooks   all motions concerning matters not
               covered by this order must be filed within 28 days of this
               order ( Signed by Magistrate Judge Lurana S. Snow on
               6/28/00)  Tape #  CCAP (tdj) [Entry date 06/30/00]

6/29/00  110   ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL AND PRETRIAL
               MATTERS: as to Gary Braeseke, Emro Capri, Martin
               Zarcadoolas, Michael Eddy, Richard D'Onofrio, Scott Miller,
               Jeanne ( Signed by Magistrate Judge Lurana S. Snow on
               6/28/00) [EOD Date: 6/30/00] CCAP (tdj)
               [Entry date 06/30/00]

6/29/00  111   WRITTEN PLEA: defendant stands mute to the charges and asks
               the Court to enter a plea of not guilty and REQUEST for a
               trial by jury by Scott Miller (tdj) [Entry date 06/30/00]

6/29/00  112   NOTICE of Appearance for Martin Zarcadoolas by Attorney
               Raymond C. Miller (tdj) [Entry date 06/30/00]

6/29/00  113   NOTICE of Appearance for Michael Eddy by Attorney John F.
               Cotrone (tdj) [Entry date 06/30/00]

6/29/00  114   NOTICE of Appearance for Jeanne Brooks by Attorney R.
               Michael Hursey (tdj) [Entry date 06/30/00]

6/29/00  133   ARRAIGNMENT INFORMATION SHEET for Reynolds Maragni (1)
               count(s) 1, 3, 4, 5 NOT GUILTY PLEA ENTERED as to all
               counts. Court accepts plea. (ss) [Entry date 07/03/00]

6/29/00  134   ORDER as to Reynolds Maragni to Set Bond Bond reset to
               $1,000,000 Personal Surety for Reynolds Maragni. Electronic
               monitoring to be paid for by defendant. Home confinement,
               except visit with counsel (Signed by Magistrate Judge
               Lurana S. Snow on 6/29/00) CCAP [EOD Date: 7/3/00] CCAP (ss)
               [Entry date 07/03/00]

6/30/00  115   RESPONSE to Standing Discovery Order by USA as to Richard
               D'Onofrio (ss) [Entry date 07/03/00]

6/30/00  116   RESPONSE to Standing Discovery Order by USA as to Emro
               Capri (ss) [Entry date 07/03/00]

6/30/00  117   RESPONSE to Standing Discovery Order by USA as to Martin
               Halpern (ss) [Entry date 07/03/00]

6/30/00  118   RESPONSE to Standing Discovery Order by USA as to William
               Hawkins (ss) [Entry date 07/03/00]

6/30/00   119    RESPONSE to Standing Discovery Order by USA as to Jeanne
                 Brooks (ss) [Entry date 07/03/00]

6/30/00   120    RESPONSE to Standing Discovery Order by USA as to Joseph
                 Rotunno (ss) [Entry date 07/03/00]

6/30/00   121    RESPONSE to Standing Discovery Order by USA as to Reynolds
                 Maragni (ss) [Entry date 07/03/00]

6/30/00   122    RESPONSE to Standing Discovery Order by USA as to Scott
                 Miller (ss) [Entry date 07/03/00]

6/30/00   123    RESPONSE to Standing Discovery Order by USA as to Martin
                 Zarcadoolas (ss) [Entry date 07/03/00]

6/30/00   124    RESPONSE to Standing Discovery Order by USA as to Michael
                 Eddy (ss) [Entry date 07/03/00]

6/30/00   125    RESPONSE to Standing Discovery Order by USA as to Kaiser
                 Akel (ss) [Entry date 07/03/00]

6/30/00   126    RESPONSE to Standing Discovery Order by USA as to Gary
                 Braeseke (ss) [Entry date 07/03/00]

6/30/00   127    RESPONSE to Standing Discovery Order by USA as to Bert
                 Caskill (ss) [Entry date 07/03/00]

6/30/00   128    RESPONSE to Standing Discovery Order by USA as to James
                 Travers (ss) [Entry date 07/03/00]

6/30/00   129    RESPONSE to Standing Discovery Order by USA as to Percy
                 Morris (ss) [Entry date 07/03/00]

6/30/00   --     Indictment unsealed as to Reynolds Maragni, Joseph Rotunno,
                 Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
                 Martin Halpern, Daniel Meisel, William Hawkins, James
                 Travers, Barbara Drezek, Martin Zarcadoolas, Michael Eddy,
                 Kaiser Akel, James Lapolla, Richard D'Onofrio, Scott
                 Miller, Jeanne Brooks (mg) [Entry date 07/03/00]

6/30/00   130    NOTICE of Appearance for Richard D'Onofrio by Attorney
                 Thomas D. Sclafani (tdj) [Entry date 07/03/00]

6/30/00   135    Minutes of Inquiry Re Counsel/Arraignment held on 6/30/00
                 before Magistrate Judge Lurana S. Snow as to Kaiser Akel;
                 Court Reporter Name or Tape #: 00-037 @ 1545-1628 (ss)
                 [Entry date 07/03/00]

6/30/00   --     Inquiry Re Counsel as to Kaiser Akel held (ss)
                 [Entry date 07/03/00]

Proceedings include all events.                                          TEB
0:00cr6154-ALL USA v. Maragni, et al                                    INTAPP

6/30/00   136      STANDING DISCOVERY ORDER as to Kaiser Akel all motions
                   concerning matters not covered by this order must be filed
                   within 28 days of this order (Signed by Magistrate Judge
                   Lurana S. Snow on 6/30/00) CCAP (ss) [Entry date 07/03/00]

6/30/00   137      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                   as to Kaiser Akel (Signed by Magistrate Judge Lurana S.
                   Snow on 6/30/00) CCAP [EOD Date: 7/3/00] CCAP (ss)
                   [Entry date 07/03/00]

6/30/00   140      ARRAIGNMENT INFORMATION SHEET for Kaiser Akel (14) count(s)
                   1, 5 NOT GUILTY PLEA ENTERED as to all counts. Court
                   accepts plea. (ss) [Entry date 07/03/00]

6/30/00   141      NOTICE of Appearance for Kaiser Akel by Attorney Michael E.
                   Dutko (ss) [Entry date 07/03/00]

7/3/00    138      STANDING DISCOVERY ORDER as to Reynolds Maragni all motions
                   concerning matters not covered by this order must be filed
                   within 28 days of this order (Signed by Magistrate Judge
                   Lurana S. Snow on 6/29/00) Tape # 00-036 CCAP (ss)
                   [Entry date 07/03/00]

7/3/00    139      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                   as to Reynolds Maragni (Signed by Magistrate Judge Lurana
                   S. Snow on 6/29/00) CCAP [EOD Date: 7/3/00] CCAP (ss)
                   [Entry date 07/03/00]

7/3/00    157      NOTICE of Appearance for Michael Eddy by Attorney John F.
                   Cotrone (tdj) [Entry date 07/05/00]

7/3/00    158      ARRAIGNMENT INFORMATION SHEET for Percy Morris (3) count(s)
                   1, 2, 3, 4, 5 NOT GUILTY PLEA ENTERED as to all counts.
                   Court accepts plea. (ss) [Entry date 07/05/00]

7/3/00    159      ORDER as to Reynolds Maragni Reset Pretrial Detention
                   Hearing for 10:00 7/5/00 for Reynolds Maragni before Duty
                   Magistrate (Signed by Magistrate Stephen T. Brown on
                   6/27/00) CCAP [EOD Date: 7/5/00] CCAP (ss)
                   [Entry date 07/05/00]

7/3/00    160      ORDER OF DETENTION as to Joseph Rotunno (Danger) (Signed by
                   Magistrate Stephen T. Brown on 6/27/00) Tape # 00D-72-860,
                   73-1 CCAP (ss) [Entry date 07/05/00]

7/3/00    161      ORDER OF DETENTION with right to revisit as to Percy Morris
                   (Signed by Magistrate Stephen T. Brown on 6/27/00) Tape #
                   00D-72-860, 73-1 CCAP (ss) [Entry date 07/05/00]

7/3/00    162      ORDER on Hearing to Report Re Counsel as to Joseph Rotunno
                   by reset to 11:00 6/30/00 for Joseph Rotunno before
                   Magistrate Judge Lurana S. Snow (Signed by Magistrate
                   Stephen T. Brown on 6/27/00) Tape # 00D-72-860, 73-1 CCAP
                   (ss) [Entry date 07/05/00]

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                           INTAPP
                                                        Vol. 2 Cont.

7/3/00   163   ORDER on Hearing to Report Re Counsel as to Reynolds
               Maragni reset to 11:00 6/30/00 for Reynolds Maragni before
               Magistrate Judge Lurana S. Snow (Signed by Magistrate
               Stephen T. Brown on 6/27/00) Tape # 00D-72-860, 73-1 CCAP
               (ss) [Entry date 07/05/00]

7/3/00   164   STANDING DISCOVERY ORDER as to Percy Morris all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order (Signed by Magistrate Stephen
               T. Brown on 6/27/00) Tape # 00D-72-860, 73-1 CCAP (ss)
               [Entry date 07/05/00]

7/3/00   165   ARRAIGNMENT INFORMATION SHEET for Bert Caskill (4) count(s)
               1, 2, 3, 4, 5 NOT GUILTY PLEA ENTERED as to all counts.
               Court accepts plea. (ss) [Entry date 07/07/00]

7/3/00   166   ORDER on Hearing to Report Re Counsel as to Bert Caskill
               Counsel by Dennis Bedard (Signed by Magistrate Stephen T.
               Brown on 7/3/00) Tape # 00D-75-2590 CCAP (ss)
               [Entry date 07/07/00]

7/3/00   167   NOTICE of Appearance for Bert Caskill by Attorney Dennis R.
               Bedard (ss) [Entry date 07/07/00]

7/3/00   168   STANDING DISCOVERY ORDER as to Bert Caskill all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order (Signed by Magistrate Stephen
               T. Brown on 7/3/00) Tape # 00D-75-2590 CCAP (ss)
               [Entry date 07/07/00]

7/6/00   179   ORDER on Hearing to Report Re Counsel as to William Hawkins
               reset to 10:00 7/14/00/Arraignment for William Hawkins
               before Magistrate Stephen T. Brown (Signed by Magistrate
               Stephen T. Brown on 7/6/00)  Tape # 00D-77-800,920  CCAP (ss)
               [Entry date 07/10/00]

7/6/00   188   Clerk's receipt. Number: 225625 in the amount of $ 5,000.00
               for Appearance Bond by Daniel Meisel (ss)
               [Entry date 07/11/00]

7/7/00   169   Minutes of Inquiry Re Counsel/Arraignment held on 7/7/00
               before Magistrate Barry S. Seltzer as to Joseph Rotunno;
               Status Conference 7/21/00 at 11:00; Court Reporter Name or
               Tape #: 00-054 @ 2799-2843 (ss) [Entry date 07/07/00]

7/7/00   170   NOTICE of Appearance for Joseph Rotunno by Attorney Harry
               Dohn Williams Jr. (ss) [Entry date 07/07/00]

7/7/00   171   STANDING DISCOVERY ORDER as to Joseph Rotunno all motions
               concerning matters not covered by this order must be filed
               within 28 days of this order (Signed by Magistrate Barry S.
               Seltzer on 7/7/00) CCAP (ss) [Entry date 07/07/00]

Docket as of August 21, 2000 11:55 am                    Page 41

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                  VOl. 2 Cont INTAPP

| | | |
|---|---|---|
| 7/7/00 | 172 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Joseph Rotunno Status conference set for 11:00 7/21/00 for Joseph Rotunno before Magistrate Judge Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on 7/7/00) CCAP [EOD Date: 7/7/00] CCAP (ss) [Entry date 07/07/00] |
| 7/7/00 | 173 | ARRAIGNMENT INFORMATION SHEET for Joseph Rotunno (2) count(s) 1, 2, 3, 4, 5, 6 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 07/10/00] |
| 7/7/00 | 174 | SEALED DOCUMENT (ss) [Entry date 07/10/00] |
| 7/7/00 | 175 | SEALED DOCUMENT (ss) [Entry date 07/10/00] |
| 7/7/00 | 176 | MOTION by Joseph Rotunno to revoke or amend [160-1] pretrial detention order to establish reasonable conditions of pretrial release (ss) [Entry date 07/10/00] |
| 7/7/00 | 177 | MOTION by USA  as to Reynolds Maragni for a protective order concerning portions of the standing discovery order (ss) [Entry date 07/10/00] |
| 7/7/00 | 180 | ARRAIGNMENT INFORMATION SHEET for Martin Halpern (7) count(s) 1, 2 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 07/10/00] |
| 7/7/00 | 181 | ORDER on Initial Appearance as to Daniel Meisel Bond set to $50,000 Personal Surety continued from Arizona for Daniel Meisel., ,  (Signed by Magistrate Stephen T. Brown on 7/6/00) Tape # 00D-77-1570 CCAP (ss) [Entry date 07/10/00] |
| 7/7/00 | 182 | ARRAIGNMENT INFORMATION SHEET for Daniel Meisel (8) count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 07/10/00] |
| 7/7/00 | 183 | NOTICE of Appearance for Daniel Meisel by Attorney Herbert M. Cohen (ss) [Entry date 07/10/00] |
| 7/7/00 | 184 | ORDER on Hearing to Report Re Counsel as to Martin Halpern Counsel by Ted Klein (Signed by Magistrate Stephen T. Brown on 7/7/00) Tape # 00D-78-1750 CCAP (ss) [Entry date 07/10/00] |
| 7/7/00 | 185 | NOTICE of Appearance for Martin Halpern by Attorney Theodore Klein (ss) [Entry date 07/10/00] |
| 7/7/00 | 186 | STANDING DISCOVERY ORDER as to Daniel Meisel all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Stephen T. Brown on 7/6/00) Tape # 00D-77-1570,3440  CCAP (ss) [Entry date 07/10/00] |

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al              Vol. 2 Cont  INTAPP

7/7/00   187   ORDER as to Daniel Meisel to Set Bond   Bond reset to
               $50,000 Personal Surety for Daniel Meisel. Surrender all
               passports and travel documents to the Pretrial Services
               Office. Report to Pretrial Services 2 x wk by phone, 2 x wk
               in person. Submit to random urine testing/treatment by
               Pretrial Services. Maintain or actively seek full-time
               gainful employment. May travel to Orlando in 2 weeks.
               Travel permitted between SD/FL and District of Arizona
               (residence) for Court   (Signed by Magistrate Stephen T.
               Brown on 7/6/00) CCAP [EOD Date: 7/10/00] CCAP※ (ss)
               [Entry date 07/10/00]

7/10/00  178   NOTICE of filing as to Reynolds Maragni cosignature page to
               to: [134-1] personal surety bond (ss) [Entry date 07/10/00]

7/10/00  189   Rule 40 Documents as to Barbara Drezek received from USDC
               District of New Jersey (Newark) (ss) [Entry date 07/11/00]

7/10/00  190   NOTICE of Unavailabilty of Counsel Michael E. Dutko by
               Kaiser Akel for dates of: 7/7/00 through 7/28/00 (ss)
               [Entry date 07/11/00]

7/10/00  191   NOTICE of Hearing as to Reynolds Maragni, Joseph Rotunno,
               Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
               Martin Halpern, William Hawkins, James Travers, Martin
               Zarcadoolas, Michael Eddy, Kaiser Akel, Richard D'Onofrio,
               Scott Miller, Jeanne Brooks: Set Jury trial for 9:00
               8/7/00 before Judge William P. Dimitrouleas, Set calendar
               call for 9:00 8/4/00 before Judge William P. Dimitrouleas
               (ss) [Entry date 07/11/00]

7/10/00  192    arrest WARRANT Returned Executed as to Martin Zarcadoolas
               on 6/21/00 (td) [Entry date 07/11/00]

7/10/00  193    arrest WARRANT Returned Executed as to Joseph Rotunno on
               6/22/00 (td) [Entry date 07/11/00]

7/10/00  194    arrest WARRANT Returned Executed as to Daniel Meisel on
               6/22/00 (td) [Entry date 07/11/00]

7/10/00  195    arrest WARRANT Returned Executed as to Kaiser Akel on
               6/21/00 (td) [Entry date 07/11/00]

7/10/00  196    arrest WARRANT Returned Executed as to Martin Halpern on
               6/10/00 (td) [Entry date 07/11/00]

7/11/00  197   SEALED DOCUMENT (ss) [Entry date 07/12/00]

7/11/00  198   SEALED DOCUMENT (ss) [Entry date 07/12/00]

7/11/00  199   RESPONSE to Standing Discovery Order by USA as to Barbara
               Drezek (ss) [Entry date 07/12/00]

Docket as of August 21, 2000 11:55 am                    Page 43

| | | |
|---|---|---|
| 7/11/00 | 200 | NOTICE of Hearing as to Daniel Meisel: Set Jury trial for 9:00 8/7/00 before Judge William P. Dimitrouleas, Set calendar call for 9:00 8/4/00 before Judge William P. Dimitrouleas (ss) [Entry date 07/12/00] |
| 7/12/00 | (201) | ORDER as to Joseph Rotunno granting De Novo Hearing: Hearing before Judge William P. Dimitrouleas set for 1:00 7/13/00 re: [176-1] motion to revoke or amend [160-1] pretrial detention order to establish reasonable conditions of pretrial release (Signed by Judge William P. Dimitrouleas on 7/12/00) CCAP [EOD Date: 7/12/00] CCAP�â (ss) [Entry date 07/12/00] |
| 7/12/00 | (202) | RESPONSE by USA as to Joseph Rotunno in opposition to [176-1] motion to revoke or amend [160-1] pretrial detention order to establish reasonable conditions of pretrial release (ss) [Entry date 07/13/00] |
| 7/12/00 | 203 | Rule 40 Documents as to Daniel Meisel received from USDC, District of Arizona (ss) [Entry date 07/13/00] |
| 7/12/00 | 204 | ORDER setting hearing as to Daniel Meisel, Scott Miller to determine counsel in that Herb Cohen jointly represents both defendants; Hearing held at the calendar call on 8/4/00 at 9:00 (Signed by Judge William P. Dimitrouleas on 7/12/00) CCAP [EOD Date: 7/13/00] CCAP�â (ss) [Entry date 07/13/00] |
| 7/13/00 | (205) | Minutes of Review of detention order/hearing held on 7/13/00 before Judge William P. Dimitrouleas as to Joseph Rotunno; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 07/14/00] |
| 7/13/00 | -- | Review of detention order/hearing as to Joseph Rotunno re: [176-1] motion to revoke or amend [160-1] pretrial detention order to establish reasonable conditions of pretrial release held before Judge William P. Dimitrouleas (ss) [Entry date 07/14/00] |
| 7/13/00 | (206) | Exhibit and Witness List as to Joseph Rotunno (ss) [Entry date 07/14/00] |
| 7/14/00 | (207) | ORDER as to Joseph Rotunno denying [176-1] motion to revoke or amend [160-1] pretrial detention order to establish reasonable conditions of pretrial release as to Joseph Rotunno (2) (Signed by Judge William P. Dimitrouleas on 7/14/00) CCAP [EOD Date: 7/17/00] CCAP�â (ss) [Entry date 07/17/00] |
| 7/14/00 | 209 | ARRAIGNMENT INFORMATION SHEET for William Hawkins (9) count(s) 1, 2, 3, 4 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 07/18/00] |

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                    ╲ᴀ. ⧨ ᴄⱺ�╲ INTAPP

7/14/00  210     ORDER on Hearing to Report Re Counsel as to William Hawkins
                 Counsel by Simon Toby Steckel (Signed by Magistrate Barry
                 L. Garber on 7/14/00) Tape # 00C-46-515 CCAP (ss)
                 [Entry date 07/18/00]

7/14/00  211     NOTICE of Appearance for William Hawkins by Attorney Simon
                 T. Steckel (ss) [Entry date 07/18/00]

7/14/00  212     STANDING DISCOVERY ORDER as to William Hawkins all motions
                 concerning matters not covered by this order must be filed
                 within 28 days of this order (Signed by Magistrate Barry L.
                 Garber on 7/14/00) Tape # 00C-46-515 CCAP (ss)
                 [Entry date 07/18/00]

7/17/00  208     MOTION with certification by Martin Halpern for
                 continuance of trial date (ss) [Entry date 07/17/00]

7/17/00  (213)   ORDER OF DETENTION as to Joseph Rotunno (Signed by
                 Magistrate Stephen T. Brown on 7/13/00) CCAP (ss)
                 [Entry date 07/20/00]

7/18/00  214     MOTION by Kaiser Akel to continue trial date (ss)
                 [Entry date 07/20/00]

7/18/00  215     ORDER as to Martin Halpern denying without prejudice
                 [208-1] motion for continuance of trial date as to Martin
                 Halpern (7) Reset calendar call for 8:45 8/8/00 for Martin
                 Halpern before Judge William P. Dimitrouleas (Signed by
                 Judge William P. Dimitrouleas on 7/18/00) CCAP [EOD Date:
                 7/20/00] CCAP▩ (ss) [Entry date 07/20/00]

7/19/00  216     UNOPPOSED MOTION by Richard D'Onofrio for continuance of
                 trial (ss) [Entry date 07/20/00]

7/19/00  217     MOTION with certification pursuant to local rule 88.9 by
                 Joseph Rotunno for continuance of trial date (ss)
                 [Entry date 07/20/00]

7/19/00  218     ORDER as to Kaiser Akel denying without prejudice [214-1]
                 motion to continue trial date as to Kaiser Akel (14)
                 (Signed by Judge William P. Dimitrouleas on 7/19/00) CCAP
                 [EOD Date: 7/20/00] CCAP▩ (ss) [Entry date 07/20/00]

7/19/00  220     TRANSCRIPT filed as to Reynolds Maragni, Joseph Rotunno,
                 Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
                 Martin Halpern, Daniel Meisel, William Hawkins, James
                 Travers, Barbara Drezek, Martin Zarcadoolas, Michael Eddy,
                 Kaiser Akel, James Lapolla, Richard D'Onofrio, Scott
                 Miller, Jeanne Brooks of Arraignment of Percy Morris and
                 Detention Hearing for Joseph Rotunno held 6/27/00 before
                 Judge Stephen T. Brown Pages: 1-62 (sn)
                 [Entry date 07/20/00]                    ╲ᴄ |. ⧸

7/20/00  219     NOTICE of filing proposed order by Richard D'Onofrio (ss)

Docket as of August 21, 2000 11:55 am                   Page 45

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                               INTAPP

[Entry date 07/20/00]
                                                        Id. ∂ cont.

7/20/00  (221)    REVISED MOTION with certification by Joseph Rotunno for
                  continuance of trial date (ss) [Entry date 07/21/00]

7/20/00  (222)    ORDER as to Joseph Rotunno denying without prejudice
                  [217-1] motion for continuance of trial date as to Joseph
                  Rotunno (2) (Signed by Judge William P. Dimitrouleas on
                  7/20/00) CCAP [EOD 7/21/00] CCAP�delete (ss) [Entry date 07/21/00]

7/20/00  223      ORDER as to Richard D'Onofrio granting in part [216-1]
                  unopposed motion for continuance of trial; Reset Jury
                  trial for 8:45 8/14/00 before Judge William P.
                  Dimitrouleas (Signed by Judge William P. Dimitrouleas on
                  7/20/00) CCAP [EOD Date: 7/21/00] CCAP✻ (ss)
                  [Entry date 07/21/00]

7/21/00  (224)    Minutes of Status Conference held on 7/21/00 before
                  Magistrate Judge Lurana S. Snow as to Joseph Rotunno; Court
                  Reporter Name or Tape #: 00-039 @ 631 (ss)
                  [Entry date 07/24/00]

7/21/00  --       Status conference as to Joseph Rotunno held (ss)
                  [Entry date 07/24/00]

7/21/00  225      UNOPPOSED MOTION by Jeanne Brooks to continue trial date (ss)
                  [Entry date 07/24/00]

7/21/00  226      UNOPPOSED MOTION by Martin Zarcadoolas to continue trial (ss)
                  [Entry date 07/24/00]

7/21/00  227      UNOPPOSED MOTION by Emro Capri for continuance of trial (ss)
                  [Entry date 07/24/00]

7/21/00  228      MOTION by Emro Capri for extension of time to file
                  pre-trial motions (ss) [Entry date 07/24/00]

7/21/00  229      MOTION by William Hawkins for continuance of trial date (ss)
                  [Entry date 07/24/00]

7/21/00  230      MOTION by Bert Caskill for continuance of trial (ss)
                  [Entry date 07/24/00]

7/21/00  231      MOTION by Reynolds Maragni for continuance of this matter
                  (ss) [Entry date 07/24/00]

7/21/00  (233)    STATUS REPORT ORDER as to Joseph Rotunno. (Signed by
                  Magistrate Judge Lurana S. Snow on 7/21/00) CCAP [EOD Date:
                  7/25/00] CCAP (ss) [Entry date 07/25/00]

7/24/00  232      NOTICE of Appearance as co-counsel for Martin Zarcadoolas
                  by Attorney David G. Vinikoor (ss) [Entry date 07/25/00]

Docket as of August 21, 2000 11:55 am                    Page 46

Proceedings include all events.                                          TEB
0:00cr6154-ALL USA v. Maragni, et al                        ᏉᏝ 2 ᏟᴍᏝ INTAPP

| 7/25/00 | (234) | NOTICE OF INTERLOCUTORY APPEAL by Joseph Rotunno re:<br>[160-1] order   EOD Date: 7/5/00;   Filing Fee: $ 105.00;<br>Receipt #: 520034;   Copies to USCA, AUSA, USM, USPTS and<br>Counsel of Record. (gf) [Entry date 07/25/00] |
|---|---|---|
| 7/25/00 | -- | Certified copies of Notice of Appeal, Docket and Order<br>under appeal to USCA: as to Joseph Rotunno [234-1] appeal<br>(gf) [Entry date 07/25/00] |
| 7/25/00 | 235 | UNOPPOSED MOTION by Michael Eddy to continue trial date (ss)<br>[Entry date 07/26/00] |
| 7/26/00 | 236 | UNOPPOSED MOTION by Martin Zarcadoolas for extension of<br>time to file pre-trial motions (ss) [Entry date 07/26/00] |
| 7/27/00 | 237 | ORDER as to Reynolds Maragni denying without prejudice<br>[231-1] motion for continuance of trial as to Reynolds<br>Maragni (1) (Signed by Judge William P. Dimitrouleas on<br>7/27/00) CCAP [EOD Date: 7/27/00] CCAP✂ (ss)<br>[Entry date 07/27/00] |
| 7/27/00 | 238 | ORDER as to Martin Zarcadoolas denying without prejudice<br>[226-1] unopposed motion to continue trial as to Martin<br>Zarcadoolas (12) (Signed by Judge William P. Dimitrouleas<br>on 7/27/00) CCAP [EOD Date: 7/27/00] CCAP✂ (ss)<br>[Entry date 07/27/00] |
| 7/27/00 | 239 | ORDER as to Martin Zarcadoolas denying without prejudice<br>[236-1] motion for extension of time to file pre-trial<br>motions as to Martin Zarcadoolas (12) (Signed by Judge<br>William P. Dimitrouleas on 7/27/00) CCAP [EOD Date:<br>7/27/00] CCAP✂ (ss) [Entry date 07/27/00] |
| 7/27/00 | 240 | STIPULATED MOTION by Reynolds Maragni for bond<br>modification (ss) [Entry date 07/28/00] |
| 7/28/00 | 241 | ORDER as to Emro Capri denying [227-1] unopposed motion for<br>continuance of trial as to Emro Capri (6) (Signed by Judge<br>William P. Dimitrouleas on 7/28/00) CCAP [EOD Date:<br>7/28/00] CCAP✂ (ss) [Entry date 07/28/00] |
| 7/28/00 | 242 | ORDER as to Emro Capri denying without prejudice [228-1]<br>motion for extension of time to file pre-trial motions as<br>to Emro Capri (6) (Signed by Judge William P. Dimitrouleas<br>on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP✂ (ss)<br>[Entry date 07/28/00] |
| 7/28/00 | (243) | ORDER as to Joseph Rotunno denying without prejudice<br>[221-1] revised motion for continuance of trial date as to<br>Joseph Rotunno (2) (Signed by Judge William P. Dimitrouleas<br>on 7/28/00) CCAP [EOD Date 7/28/00] CCAP✂ (ss)<br>[Entry date 07/28/00] |

Docket as of August 21, 2000 11:55 am                    Page 47

Proceedings include all events.                                          TEB
0:00cr6154-ALL USA v. Maragni, et al                            INTAPP

| 7/28/00 | 244 | ORDER as to Michael Eddy denying without prejudice [235-1] unopposed motion to continue trial date as to Michael Eddy (13) (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP (ss) [Entry date 07/28/00] |
|---|---|---|
| 7/28/00 | 245 | ORDER as to Bert Caskill denying without prejudice [230-1] motion for continuance of trial; Reset calendar call for 8:45 8/8/00 for Bert Caskill before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP (ss) [Entry date 07/28/00] |
| 7/28/00 | 246 | ORDER as to William Hawkins denying without prejudice [229-1] motion for continuance of trial date (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD 7/28/00] CCAP (ss) [Entry date 07/28/00] |
| 7/28/00 | 247 | ORDER as to Jeanne Brooks denying without prejudice [225-1] unopposed motion to continue trial date as to Jeanne Brooks (18) (Signed by Judge William P. Dimitrouleas on 7/28/00) CCAP [EOD Date: 7/28/00] CCAP (ss) [Entry date 07/28/00] |
| 7/28/00 | 248 | ORDER as to Reynolds Maragni granting [240-1] stipulated motion for bond modification (see Order) (Signed by Magistrate Judge Lurana S. Snow on 7/28/00) CCAP [EOD Date: 7/31/00] CCAP (ss) [Entry date 07/31/00] |
| 7/31/00 | 249 | NOTICE of Conflict by Joseph Rotunno (ss) [Entry date 08/01/00] |
| 8/1/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Joseph Rotunno  Re: [234-1] appeal  USCA Number: 00-13913-G (dl) [Entry date 08/02/00] |
| 8/1/00 | 250 | TRANSCRIPT INFORMATION FORM as to Joseph Rotunno  re: [234-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 08/02/00] |
| 8/2/00 | 251 | RENEWED MOTION with certification pursuant to local rule 88.9 by Joseph Rotunno for continuance of trial, for medical severance, to allow the defendant to be examined by his regular treating physicians (ss) [Entry date 08/03/00] |
| 8/2/00 | 252 | MOTION by Joseph Rotunno to seal re: renewed motion for continuance, motion for medical severance, motion to allow the defendant to be examined by his regular treating physicians and certification (ss) [Entry date 08/03/00] |
| 8/2/00 | 253 | SEALED DOCUMENT (ss) [Entry date 08/03/00] |
| 8/4/00 | 254 | SEALED DOCUMENT (ss) [Entry date 08/07/00] |

Docket as of August 21, 2000 11:55 am              Page 48

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                      VC). 2CₙₕINTAPP

8/4/00  (255)   Minutes of Calendar Call/Status Conference held on 8/4/00
                before Judge William P. Dimitrouleas as to Reynolds
                Maragni, Joseph Rotunno, Percy Morris, Bert Caskill, Gary
                Braeseke, Emro Capri, Daniel Meisel, William Hawkins, James
                Travers, Martin Zarcadoolas, Michael Eddy, Kaiser Akel,
                Richard D'Onofrio, Scott Miller, Jeanne Brooks; Pretrial
                Motion deadline 9/11/00; Calendar Call 10/20/00 at 9:00; 2
                week trial period 10/23/00 at 9:00; Calendar Call Reset
                8/8/00 at 8:45 as to Daniel Meisel, Kaiser Akel and Scott
                Miller; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 08/07/00]

8/4/00  --      Status conference as to Reynolds Maragni, Joseph Rotunno,
                Percy Morris, Bert Caskill, Gary Braeseke, Emro Capri,
                Daniel Meisel, William Hawkins, James Travers, Martin
                Zarcadoolas, Michael Eddy, Kaiser Akel, Richard D'Onofrio,
                Scott Miller, Jeanne Brooks held (ss) [Entry date 08/07/00]

8/4/00  257     TRANSCRIPT filed as to Joseph Rotunno  of Review of
                Detention Order Hearing held 7/13/00  before Judge William
                P. Dimitrouleas  Volume #: 1  Pages: 1-47  re: [234-1]
                appeal . Appeal record due on 8/19/00 for Joseph Rotunno (gf)
                [Entry date 08/07/00]                  VCₗₕ H

8/7/00  (256)   ORDER as to Reynolds Maragni, Joseph Rotunno, Percy Morris,
                Bert Caskill, Gary Braeseke, Emro Capri, William Hawkins,
                James Travers, Barbara Drezek, Martin Zarcadoolas, Michael
                Eddy, Richard D'Onofrio, Jeanne Brooks; Reset Jury trial
                for 9:00 10/23/00 for Reynolds Maragni, for Joseph Rotunno,
                for Percy Morris, for Bert Caskill, for Gary Braeseke, for
                Emro Capri, for William Hawkins, for James Travers, for
                Barbara Drezek, for Martin Zarcadoolas, for Michael Eddy,
                for Richard D'Onofrio, for Jeanne Brooks before Judge
                William P. Dimitrouleas, Reset calendar call for 9:00
                10/20/00 for Reynolds Maragni, for Joseph Rotunno, for
                Percy Morris, for Bert Caskill, for Gary Braeseke, for Emro
                Capri, for William Hawkins, for James Travers, for Barbara
                Drezek, for Martin Zarcadoolas, for Michael Eddy, for
                Richard D'Onofrio, for Jeanne Brooks before Judge William
                P. Dimitrouleas, to Continue in Interest of Justice
                (Signed by Judge William P. Dimitrouleas on 8/7/00) CCAP
                [EOD Date: 8/7/00] CCAP⌘ (ss) [Entry date 08/07/00]

8/7/00  (258)   RESPONSE by USA as to Joseph Rotunno re [251-2] motion for
                medical severance, [251-3] motion to allow the defendant to
                be examined by his regular treating physicians (ss)
                [Entry date 08/08/00]

8/8/00  259     Minutes of Calendar Call/Status Conference held on 8/8/00
                before Judge William P. Dimitrouleas as to Martin Halpern,
                Daniel Meisel, Kaiser Akel, Scott Miller; Pre-trial motion
                cutoff date is 9/11/00; Calendar Call 10/20/00 at 9:00; 2
                week trial period 10/23/00 at 9:00; Court Reporter Name or
                Tape #: Bob Ryckoff (ss) [Entry date 08/08/00]

Docket as of August 21, 2000 11:55 am                    Page 49

Proceedings include all events.                                    TEB
0:00cr6154-ALL USA v. Maragni, et al                              INTAPP

| | | |
|---|---|---|
| 8/8/00 | -- | Status conference as to Martin Halpern, Daniel Meisel, Kaiser Akel, Scott Miller  held (ss) [Entry date 08/08/00] |
| 8/8/00 | (260) | ORDER as to Joseph Rotunno [251-2] motion for medical severance defers ruling for five days; [251-3] motion to allow the defendant to be examined by his regular treating physicians defers ruling for five days (Signed by Judge William P. Dimitrouleas on 8/8/00) CCAP [EOD Date: 8/8/00] CCAP�День (ss) [Entry date 08/08/00] |
| 8/8/00 | 261 | ORDER as to Daniel Meisel, Scott Miller: The Court will allow continued joint representation by Herb Cohen (Signed by Judge William P. Dimitrouleas on 8/8/0) CCAP [EOD Date: 8/8/00] CCAP✖ (ss) [Entry date 08/08/00] |
| 8/8/00 | 262 | ORDER as to Martin Halpern, Daniel Meisel, Kaiser Akel, Scott Miller granting joint motion to continue: Reset Jury trial for 9:00 10/23/00 for Martin Halpern, for Daniel Meisel, for Kaiser Akel, for Scott Miller before Judge William P. Dimitrouleas, Reset calendar call for 9:00 10/20/00 for Martin Halpern, for Daniel Meisel, for Kaiser Akel, for Scott Miller before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 8/8/00) CCAP [EOD Date: 8/9/00] CCAP✖ (ss) [Entry date 08/09/00] |
| 8/8/00 | (263) | ORDER as to Joseph Rotunno denying without prejudice [251-2] motion for medical severance as to Joseph Rotunno (2), denying without prejudice [251-3] motion to allow the defendant to be examined by his regular treating physicians as to Joseph Rotunno (2) (Signed by Judge William P. Dimitrouleas on 8/8/00) CCAP [EOD Date: 8/9/00] CCAP✖ (ss) [Entry date 08/09/00] |
| 8/11/00 | (264) | Appeal Information Sheet as to Joseph Rotunno  re: [234-1] appeal Transcript filed on 8/4/00 for Joseph Rotunno (gf) [Entry date 08/15/00] |
| 8/18/00 | (265) | MOTION by Joseph Rotunno for inspection of original documents re: court authorized interception of wire communications (ss) [Entry date 08/21/00] |
| 8/21/00 | (266) | Certificate of readiness transmitted to USCA as to Joseph Rotunno  re: [234-1] appeal  by Joseph Rotunno  USCA # 00-11998-A (dl) [Entry date 08/21/00] |