UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6154-CR-DIMITROULEAS

     Plaintiff,

vs.

JOSEPH ROTUNNO, et al.,

     Defendant.

_____/



FILED by _____ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING ON MOTION FOR INSPECTION OF ORIGINAL DOCUMENTS RE: COURT AUTHORIZED INTERCEPTION OF WIRE COMMUNICATIONS

THIS CAUSE came before the Court upon Defendant, Joseph Rotunno's, motion for an

order authorizing the unsealing and inspection of the original documents [DE-265] filed with the

Court regarding a court authorized interception of wire communications issued on October 176,

1998 and November 19, 1998, by the Honorable Wilkie D. Ferguson, United States District

Judge.  This Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

21 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record

Paul Schwartz, AUSA
H. Dohra Williams, Esq