UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-Dimitrouleas

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOSEPH ROTUNNO, | ) ) |
| Defendant. | ) ) |

AUG 2 3 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR INSPECTION OF ORIGINAL DOCUMENTS RE: COURT AUTHORIZED INTERCEPTION OF WIRE COMMUNICATIONS

The United States of America, by and through its undersigned attorneys, hereby opposes Defendant Rotunno's motion to unseal and inspect the original applications, affidavits and orders authorizing the interception of wire communications in the above entitled case, and requests that in the absence of any demonstrated need by Rotunno to inspect the original documents, the Court deny his motion .

In the investigation related to the charges currently pending against Defendant Rotunno, the government conducted court authorized electronic surveillance beginning in October 1998 and extending through December 1998. Pursuant to 18 U.S.C. §2518(8) the wiretap applications, affidavits, and orders were sealed by United States District Court Judge Ferguson. Following Rotunno's indictment and arrest, duplicates of the court's certified copies of the applications, affidavits, and orders were provided to all defense counsel, including Rotunno.

Rotunno now moves this Court for an order unsealing the original documents and in support of his request states that he is contemplating filing a motion to suppress the wiretap and



"wants to inspect the original documents ... to ascertain that all the requirements of Title III have been satisfied." Rotunno does not allege any irregularity related to sealing the original documents, nor does he assert any irregularity in the certified copies of the requested documents previously provided to him. In the absence of any such showing, duplicates of the certified copies of the applications, affidavits, and orders should be sufficient to enable Rotunno to determine whether the requirements of Title III were satisfied. See, generally, Fed. R. Evid. 1003C,

> "A duplicate is admissible to the same extent as an original unless a genuine questions is raised as to the authenticity of the original. . . ."

The government, therefore, respectfully requests that the Court deny his motion to unseal the original applications, affidavits, and orders.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below

named on this _14TH_ day of August , 2000.


Allen Kaufman, Esquire
2900 N. Dixie Highway, Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

James Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ted Klein, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esquire
400 Southeast Sixth St.
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

David Vinikoor, Esquire
420 S.E. Twelfth St.
Fort Lauderdale, FL 33316
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 S.E. 9th St.
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Michael Dutko, Esquire
600 South Andrews Ave., Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esquire
200 East Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 S.E. 6th St., Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)
(Counsel for Daniel Meisel)

Larry Bronson, Esquire
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

4