UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO, *et al.*,

Defendant.
_____/

FILED by ___ D.C.
AUG 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING MOTION FOR INSPECTION OF ORIGINAL DOCUMENTS RE: COURT AUTHORIZED INTERCEPTION OF WIRE COMMUNICATIONS

THIS CAUSE came before the Court upon Defendant, Joseph Rotunno's, motion for an order authorizing the unsealing and inspection of the original documents [DE-265] filed with the Court regarding a court-authorized interception of wire communications issued on October 17, 1998, and November 19, 1998, by the Honorable Wilkie D. Ferguson, United States District Judge, and the Court having reviewed the Government's Response [DE-268], and Sealed Documents [DE-269 and 270], said Motion to Inspect is **GRANTED**.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:
Paul Schwartz, AUSA
H. Dohn Williams, Esq.
   P.O. Box 1722
   Ft. Lauderdale, Fl 33302
David Vinikoor, Esq.
   420 S.E. 12 Street
   ft. Lauderdale, Fl 33316

