UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSPEH ROTUNNO, et al

    Defendants.
_____/

**NIGHT BOX FILED**
AUG 29 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF CONFLICT AND
### EMERGENCY MOTION FOR THE COURT TO ORDER THE
### UNITED STATES ATTORNEY'S OFFICE TO SET AN ALTERNATE TIME
### TO INSPECT THE ORIGINAL WIRETAP DOCUMENTS

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and notifies the Court and counsel of a schedule conflict. The Defendant moves the Court to order the United States Attorney's Office to arrange for an alternate time to inspect the original wiretap documents. As grounds therefore the Defendant states:

1. The Defendant moved the Court to inspect the original wiretap documents, which the Court had previously ordered sealed. The Court, over the government's objection, granted the Defendant's motion to inspect. (emphasis added)

2. This afternoon, August 29th, in response to the Court's order, prosecutor Julia Stiller called the undersigned's office. She unilaterally set the inspection date as Wednesday, September 6th at 1:30 p.m. at the United States Attorney's Office in Miami. She unilaterally set the inspection date 3 business days before the deadline for filing pretrial motions. The undersigned's office explained that the undersigned was beginning a "hate crime" trial in the Circuit Court in Fort Lauderdale on Tuesday, September 5th and would be unavailable to inspect



the documents at the time and place she unilaterally designated. Last week, the Circuit Court denied the undersigned's motion to continue the trial. The undersigned is a solo practitioner; the undersigned's office asked for an alternate date to inspect the documents, preferably this week. Ms. Stiller refused to reset or provide an alternate date. The undersigned's office advised her that she was leaving the Defendant with no alternate but to file a motion.

3.  The Local Rules of the Southern District deal with conflicts between Federal and State court. The Local Rules provide that trials take precedence over non-trial matters. The government did not want the undersigned to inspect the original wiretap documents. Now, it is placing unreasonable hurdles in the path of the undersigned inspecting the original wiretap documents before the Court's September 11th deadline for filing pretrial motions. The government's refusal to reset a date it made, without conferring with the counsel who requested to inspect the documents, violates the spirit of the Local Rule regarding scheduling conflicts. This Court should not have to deal with matters of this nature, but the government has left the Defendant with no alternative. The Defendant should not be required to forfeit his due process rights and his right to confront his accusers, because his attorney cannot attend a document inspection in another city, when his counsel is in trial in another city.

4.  This motion is filed in good faith. The undersigned's "hate crime" case is one of the oldest cases, if not the oldest case, on the judge's trial docket, so it must be presumed that the undersigned will be in trial.

WHEREFORE the undersigned prays that the Court grant the relief it deems appropriate consistent with his counsel being allowed to personally inspect the original wiretap documents as ordered by this Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this ___29___ day of August 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

                H. DOHN WILLIAMS JR., P.A.
                P.O. Box 1722
                Fort Lauderdale, FL 33302
                954-523-5432; 527-5565 (fax)

By: _____
       H. Dohn Williams Jr.
       Fla. Bar # 0166087

e:\clients\rotunno\inspect.1seal