UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs

JOSEPH ROTUNNO,

    Defendant.
_____/

FILED by _____ D.C.

AUG 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having been heard upon Defendant's August 29, 2000 Notice of Conflict and Emergency Motion For the Court to Order the United States Attorney's Office to Set an Alternate Time to Inspect the Original Wiretap Documents, said motion is DENIED. However, the parties are encouraged to cooperate in scheduling a mutually agreeable time for the inspection, perhaps after hours.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, Florida 33302

Paul Schwartz, AUSA

