UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAUS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO, et al.

    Defendant.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS INTERCEPTION OF WIRE COMMUNICATIONS

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court for an extension of time to file a motion to suppress regarding the interception of wire communications. As grounds therefore the Defendant states:

1. The Defendant moved the Court to inspect the original wiretap documents (documents), which the Court had previously ordered sealed. The Court, over the government's objection, granted the Defendant's motion to inspect.

2. Thereafter, the Defendant filed a notice of conflict and a motion to compel regarding the inspection of the documents, when a mutually agreeable time could not be arranged for said inspection. The Court denied the motion.

3. The Defendant and the government have been unable to work out a mutually convenient time for the undersigned to inspect the documents. The undersigned wanted to inspect the documents before the Labor Day weekend. The government declined.

4. The undersigned is scheduled to begin a "hate crime" trial in the Circuit Court in Fort Lauderdale on Tuesday, September 5th. The State has approximately 6 witnesses and the



defendant will call at least 3 witnesses. It is unknown what day the trial will conclude. Last week, the Circuit Court denied the undersigned's motion to continue the trial. So, the undersigned is expecting the trial will begin Tuesday morning.

5. Given the undersigned's trial schedule next week, the undersigned offered to drive to from Fort Lauderdale to Miami at the end of the business day, after his trial has recessed for the day, to inspect the documents. The government advised that the documents may only be inspected in Miami between 8:30 a.m. and 4:30 p.m. The undersigned cannot reasonably expect that the trial judge in Fort Lauderdale will recess the trial, so the undersigned can drive to Miami and inspect the documents before 4:30 p.m. Nor, is it fair to the undersigned's client, who will be in trial next week, to expect the undersigned to drive to Miami early one morning, make a cursory inspection of the documents, and then fight rush hour traffic in the hope of being back in Fort Lauderdale by 9:00 a.m. ready for his trial.

6. The government, by and through AUSA Paul Schwartz, has no objection to an extension of time.

WHEREFORE, Mr. Rotunno prays the Court grant the relief requested.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 1st day of ~~August~~ Sept 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

David Vinikoor, Esq.
420 SE 12th Street
Ft. Lauderdale, FL 33316
(954-522-7278)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

                    H. DOHN WILLIAMS JR., P.A.
                    P.O. Box 1722
                    Fort Lauderdale, FL 33302
                    954-523-5432; 527-5565 (fax)

By: _____
          H. Dohn Williams Jr.
          Fla. Bar # 0166087

e:\clients\rotunno\extension.1