UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

JOSEPH ROTUNNO, et al.,

　　　　Defendant.
_____/

FILED by ___ D.C.

SEP 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE MOTION
### TO SUPPRESS INTERCEPTION OF WIRE COMMUNICATIONS

THIS CAUSE came before the Court upon Defendant, Joseph Rotunno's, motion for an order for an extension of time to file his motion to suppress interception of wire communications. The Court hereupon denies said extension. However, the Court does not favorably view the Government's apparent reluctance to coordinate an after-hours inspection.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record

