UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-Dimitrouleas

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NIGHT BOX FILED** |
| Plaintiff, ) | SEP - 5 2000 |
| v. ) | CLARENCE MADDOX CLERK, USDC / SDFL / FTL |
| JOSEPH ROTUNNO, ) | |
| Defendant. ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned attorneys, hereby responds to Defendant Rotunno's motion for an extension of time to file a motion to suppress.

On August 29, 2000, the undersigned received this Court's order granting Defendant Rotunno's and Defendant Zarcadoolas' motion to unseal the original Title III documents. That same day, co-counsel Department of Justice Trial Attorney Julia Stiller contacted the FBI case agent assigned to the above-captioned matter to arrange for the unsealing of the documents as soon as possible. Ms. Stiller suggested Friday morning, September 1, 2000. Agent Cicini agreed and Ms. Stiller then contacted counsel for Zarcadoolas to inquire whether Friday morning would be acceptable. Counsel for Zarcadoolas agreed, and at approximately 10:00 am August 29, Ms. Stiller contacted counsel for Rotunno, H. Dohn Williams. H. Dohn Williams, through his secretary Vanessa, stated that he was not available Friday, September 1. Ms. Stiller then requested that Williams provide the date and time that was most convenient for Mr. Williams. Mr. William's secretary requested that the parties schedule the unsealing for Wednesday,



September 6 at 1:00. Ms. Stiller then recontacted counsel for Zarcadoolas who initially stated that he could not be available Wednesday afternoon but then agreed to re-arrange his schedule to accommodate Mr. Williams' schedule. The FBI case agent also agreed to make himself available Wednesday afternoon. Accordingly, on August 29, Ms. Stiller sent out notice to the remaining 15 defense counsel informing them of the unsealing scheduled to take place on September 6 at 1:00 pm..

After mailing these notices, Mr. Williams' secretary contacted Julia Stiller, objected to the Wednesday meeting and requested that the meeting be re-scheduled to accommodate Mr. Williams' trial schedule. Through his secretary, Mr. Williams rejected the suggestion that his client's interests could be represented at the unsealing by another attorney or by Mr. Vinikoor, his co-movant on the motion to unseal.

The original Title III documents are maintained by the ELSUR unit of the FBI, located in Miami, Florida. The personnel assigned to the ELSUR unit maintain the custody of Title III documents at all times in a safe and secure facility to ensure the integrity of the documents. When requested, the ELSUR technicians physically remove the documents from a secure and alarmed room, sign custody of the documents over to the requesting agent, and receive the documents back by the close of the business day. The ELSUR facility in the Miami office is the only facility in the area rated with a security level sufficient to house Title III documents. Pursuant to FBI policy, Agent Cicini may not remove the documents from the Miami office and must return the documents to the ELSUR unit by the close of the business day. The government, therefore, cannot accommodate Mr. William's request that the documents be unsealed after hours.

2

Lastly, the government notes that due to a recent plea Mr. Williams will be available to attend the unsealing Wednesday at 1:00 pm.

DATED this _____ day of September 2000.

                Respectfully Submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By:   Paul F. Schwartz
      Assistant United States Attorney
      Court ID # A5500086
      500 E. Broward Blvd., 7th Floor
      Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___ day of _____, 2000.

Allen Kaufman, Esquire
2900 N. Dixie Highway, Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

Dennis R. Bedard, Esquire
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

James Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Ted Klein, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Simon T. Steckel, Esquire
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esquire
400 Southeast Sixth St.
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

David Vinikoor, Esquire
420 S.E. Twelfth St.
Fort Lauderdale, FL 33316
(Counsel for Martin Zarcadoolas)

John Cotrone, Esquire
509 S.E. 9th St.
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

Michael Dutko, Esquire
600 South Andrews Ave., Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Thomas D. Sclafani, Esquire
200 East Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herb Cohen, Esquire
200 S.E. 6th St., Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)
(Counsel for Daniel Meisel)

4

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Larry Bronson, Esquire
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

5