Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

August 29, 2000

RE: 00-13913-GG    USA v. Joseph Rotunno
DC DKT NO.: 00-06154 CR-WPD

TO:  Clarence Maddox

CC:  H. Dohn Williams

CC:  Paul F. Schwartz

CC:  Anne R. Schultz

CC:  Administrative File



## United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 29, 2000

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301



FILED by _____ D.C.
DKTG

AUG 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

RE: 00-13913-GG      USA v. Joseph Rotunno
DC DKT NO.: 00-06154 CR-WPD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this lettter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6176

Encl.

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-13913-G

00-6154-cr-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSEPH ROTUNNO,
a.k.a. Joey Flowers,

Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: TJOFLAT, BIRCH and BLACK, Circuit Judges.

BY THE COURT:

Appellant's "motion for release pending conviction", construed as a motion for release pending trial, is DENIED.

The Clerk is directed to close this appeal.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia