UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAUS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO, et al.

    Defendant.
_____/

## NOTICE RE: INSPECTION OF WIRETAP DOCUMENTS

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and notifies the Court that the government and the Defendant resolved their differences regarding a time for inspection of the original documents regarding the interception of wire communications.

1. On September 6th, the Defendant inspected the application for interception of wire communications, affidavit in support of application for interception of wire communications, and order authorizing the interception of wire communications regarding the original wiretap authorized on October 16, 1998 and the extension authorized November 19, 1998. These documents are in the possession and/or custody of the FBI. The government advised that it would not disclose the wiretap progress reports mandated by the order authorizing the original wiretap and its extension. The disclosure of those documents, which are also in the possession of the FBI, will be the subject of another motion to inspect.

2. On Tuesday, September 5th, when the undersigned and his client appeared for trial in State court, the State Attorney's Office offered a new plea agreement, which the defendant



accepted against the advice of counsel. Thus, the undersigned was able to attend the aforestated inspection conference.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 6th day of September 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

David Vinikoor, Esq.
420 SE 12th Street
Ft. Lauderdale, FL 33316
(954-522-7278)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

H. DOHN WILLIAMS JR., P.A.
P.O. Box 1722
Fort Lauderdale, FL 33302
954-523-5432; 527-5565 (fax)

By: _____
  H. Dohn Williams Jr.
  Fla. Bar # 0166087

e:\clients\rotunno\extension.2