UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH ROTUNNO, et al

    Defendants.

_____/

NIGHI BOX
*HIMDA*
SEP 1 1 2000

CLARENCE MADDOX
CLERK, USDC / SOFL / FTL

## APPENDIX TO MOTION IN LIMINE

App. A – Transcript of pretrial detention hearing held June 27, 2000

### Certificate of Service

    I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail

and/or faxed this 11th day of September 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)



James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

> H. DOHN WILLIAMS JR., P.A.
> P.O. Box 1722
> Fort Lauderdale, FL 33302
> 954-523-5432; 527-5565 (fax)
>
> By: _____
>       H. Dohn Williams Jr.
>       Fla. Bar # 0166087

e:\clients\rotunno\limine.1app

CASE # _00 - CR - 6154 - AJ_



# "Do Not Scan or Copy This Transcript."

DE # __220__

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,       . CASE NO. 00-6154-CR-JORDAN
                                .
            PLAINTIFF,           . MIAMI, FLORIDA
                                . JUNE 27, 2000
            V.                   . 2:00 P.M.
                                .
REYNOLDS MARAGNI, ET AL.,        .
                                .
            DEFENDANTS.          .
. . . . . . . . . . . . . . . . .

TRANSCRIPT OF ARRAIGNMENT OF PERCY MORRIS AND PRETRIAL

DETENTION HEARING FOR JOSEPH ROTUNNO

HAD BEFORE THE HONORABLE STEPHEN T. BROWN,

UNITED STATES MAGISTRATE JUDGE.

- - - - -

PAGES 1 THROUGH 62

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT
PRODUCED BY COMPUTER.

```
APPEARANCES:

FOR THE GOVERNMENT:   PAUL F. SCHWARTZ
                      JULIA STILLER
                      ASSISTANT U.S. ATTORNEYS
                      99 N.E. 4TH STREET
                      MIAMI, FLORIDA  33132

FOR THE DEFENDANT     H. DOHN WILLIAMS, JR., ESQ.
ROTUNNO               721 N.E. 3RD AVENUE
                      P.O. BOX 1722
                      FT. LAUDERDALE, FLORIDA  33302

FOR THE DEFENDANT     WILLIAM M. MORRIS, ESQ.
MORRIS:               3225 AVIATION AVENUE, SUITE 300
                      COCONUT GROVE, FLORIDA  33133

FOR THE DEFENDANT     ALAN KAUFMAN, ESQ. (PHONETIC)
MARAGNI:

COURT REPORTER:       FRANCINE C. SALOPEK, R.M.R.
                      OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      301 NORTH MIAMI AVENUE, ROOM 804
                      MIAMI, FLORIDA  33128-7709
                      (305)523-5568

                      -  -  -  -  -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT
PRODUCED BY COMPUTER.
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**