UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JOSEPH ROTUNNO, et al.

      Defendant.

_____/

NIGHT BOX
FILED

SEP 1 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## MOTION FOR SEVERANCE OF OFFENSES

COMES NOW the Defendant, Joseph Rotunno (Mr. Rotunno), by and through the undersigned attorney, pursuant to the Sixth Amendment to the United States Constitution and Fed.R.Crim.P. 14, and moves the Court to sever offenses. As grounds therefore, Mr. Rotunno states:

1. Mr. Rotunno is charged with conspiracy to engage in racketeering, conspiracy to engage in extortionate credit transactions, conspiracy to engage in the collection of extensions of credit by extortionate means, conspiracy to engage in money laundering. All these offenses are related to illegal gambling and gambling debts incurred by the bettors.

2. He is also charged with conspiracy to engage in the interstate transportation of stolen property, which is unrelated. This charge concerns a conspiracy to sell stolen jewelry through or to a local pawn shop.



### Legal Argument

Rule 14 provides that if it appears that a defendant is prejudiced by a joinder of offenses, the court may order a separate trial of counts. Mr. Rotunno is prejudiced by the joinder of the conspiracy to engage in the interstate transportation of stolen property with the other offenses.

### Conclusion

Mr. Rotunno prays the Court grants the relief requested.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 11th day of September 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

H. DOHN WILLIAMS JR., P.A.
P.O. Box 1722
Fort Lauderdale, FL 33302
954-523-5432; 527-5565 (fax)

By: _____
H. Dohn Williams Jr.
Fla. Bar # 0166087

e:\clients\rotunno\severoffenses.1

4