UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO, et al.

    Defendant.

_____/

**NIGHT BOX FILED**
**SEP 1 1 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION TO SEAL DEFENDANT'S MEMORY LOSS EVALUATION SUBMITTED IN SUPPORT OF HIS MOTION TO HAVE HIM INDEPENDENTLY EVALUATED FOR MEMORY LOSS

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, pursuant to Fed.R.Crim.P. 16(d)(1) and Local Rules 7.1 and 88.9, and requests that his memory loss evaluation submitted in support of his motion for an independent memory loss evaluation, filed herein in a sealed envelope, be sealed.

WHEREFORE, Mr. Rotunno prays that the Court grant the relief requested.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and/or faxed this 11th day of September 2000 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
(954-356-7336)

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334-2666
(954-563-6813)



William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
(305-285-0699)

Dennis R. Bedard, Edq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132
(305-530-9587)

James M. Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301
(954-768-0738)

Martin Bidwell, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301
(954-356-7556)

Simon T. Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131
(305-536-6495)

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131-2944
(305-358-4010)

Phillip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156
(305-232-1963)

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL 33301
(954-462-8594)

John F. Cotrone, Esq.
509 S.E. 9 Street, Suite 1
Fort Lauderdale, FL 33316
(954-779-7758)

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954-764-5040)

Thomas D. Sclafani, Esq.
200 E. Broward Boulevard, Suite 1210
Fort Lauderdale, FL 33301
(954-524-8590)

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301
(954-766-7969)

R. Michael Hursey, Esq.
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301
(954-779-7980)

                                H. DOHN WILLIAMS JR., P.A.
                                P.O. Box 1722
                                Fort Lauderdale, FL 33302
                                954-523-5432; 527-5565 (fax)

                                By: _____
                                    H. Dohn Williams Jr.
                                    Fla. Bar # 0166087

e:\clients\rotunno\memorylossseal.1