UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.  00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO, et al.,

Defendant.

_____/

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER RE:
## MOTION TO ADOPT CO-DEFENDANTS' PLEADINGS

THIS CAUSE came before the Court upon the Defendant, Joseph Rotunno's September

11, 2000, motion for an order allowing him to Adopt all pleadings filed by his co-defendants,

unless he specifically opts out in writing filed with the Court.  The Court having considered the

motion, it is hereupon ordered and adjudged that it is GRANTED, assuming the Defendant has

standing to argue the motions.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
PO Box 1722
Ft. Lauderdale, FL 33302