UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

JOSEPH ROTUNNO,

　　　　Defendant.
_____/

FILED by _____ D.C.

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion To Suppress Interception of Wire Communications, Motion For Severance of Offenses, Motion In Limine, and Motion to Have Defendant Undergo an Independent Evaluation for Memory Impairment/Loss and Renewed Motion For Medical Severance, this Court defers ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 12 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
PO Box 1722
Ft. Lauderdale, FL 33301

and See attached list

