UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-Dimitrouleas

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH ROTUNNO et al., | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT ROTUNNO'S MOTION FOR SEVERANCE OF OFFENSES

The United States of America by and through its undersigned attorneys hereby opposes defendant's motion for severance of offenses.

Rotunno moves this court to sever Count 1 of the Indictment charging Rotunno with conspiring to conduct the affairs of an RICO enterprise in a violation of 18 U.S.C. § 1962(d) from Count 6 which charges Rotunno with conspiring to transport interstate stolen property in violation of 18 U.S.C. §§ 371 and 2315. In support of his motion, Defendant baldly asserts that the two counts have been improperly joined under Rule 14 of the Federal Rules of Criminal Procedure because they are unrelated. His assertion is plainly wrong.

Federal Rule of Criminal Procedure 8 permits the joinder of offenses in separate counts of a single indictment where the offenses are of the same or similar character, are based on the same acts or transactions, or where they are part of a common scheme or plan. This Rule requires only that there be some logical relationship or common thread between the offenses charged in the



indictment. United States v. Saget, 991 F.2d 702, 707 (11th Cir. 1991). Here, the interstate transportation of stolen property charged in Count 6 of the Indictment is also alleged as an object of the RICO conspiracy charged in Count 1. The government's evidence will prove that Defendant believed that the stolen jewelry had been provided by a bettor in satisfaction of gambling losses he incurred at an illegal gambling business operated by Rotunno. As such, evidence of the transactions related to the stolen jewelry is connected to the operation of the criminal enterprise. Defendant's statement that the two are unrelated is, therefore, incorrect and joinder is proper.

DATED this ___17___ day of September 2000.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:  Paul F. Schwartz
Assistant United States Attorney
Court ID # A5500086

Julia J. Stiller
U.S. Department of Justice Trial Attorney
Court ID # A5500485
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
(954) 356-7255

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this __/⁷/__ day of September, 2000.

| | |
|---|---|
| Allen Kaufman, Esquire<br>2900 N. Dixie Highway, Suite 201<br>Oakland Park, FL 33334<br>(Counsel for Reynolds Maragni) | Philip R. Horowitz, Esquire<br>Southpark Centre<br>12651 S. Dixie Highway<br>Miami, FL 33156<br>(Counsel for James Travers) |
| H. Dohn Williams, Esquire<br>721 N.E. 3rd Avenue<br>Fort Lauderdale, FL 33304<br>(Counsel for Joseph Rotunno) | Raymond Miller, Esquire<br>400 Southeast Sixth St.<br>Fort Lauderdale, FL 33301<br>(Counsel for Martin Zarcadoolas) |
| William Norris, Esquire<br>3225 Aviation Avenue, Suite 300<br>Coconut Grove, FL 33133-4741<br>(Counsel for Percy Morris) | David Vinikoor, Esquire<br>420 S.E. Twelfth St.<br>Fort Lauderdale, FL 33316<br>(Counsel for Martin Zarcadoolas) |
| Dennis R. Bedard, Esquire<br>1717 N. Bayshore Dr., Suite 102<br>Miami, FL 33132<br>(Counsel for Bert Caskill) | John Cotrone, Esquire<br>509 S.E. 9th St.<br>Fort Lauderdale, FL 33316<br>(Counsel for Michael Eddy) |
| James Stark, Esquire<br>524 S. Andrews Ave., Suite 304N<br>Fort Lauderdale, FL 33301<br>(Counsel for Gary Braeseke) | Michael Dutko, Esquire<br>600 South Andrews Ave., Suite 500<br>Fort Lauderdale, FL 33301<br>(Counsel for Kaiser Akel) |
| Ted Klein, Esquire<br>800 Brickell Avenue, Penthouse #2<br>Miami, FL 33131<br>(Counsel for Martin Halpern) | Thomas D. Sclafani, Esquire<br>200 East Broward Blvd., Suite 1210<br>Fort Lauderdale, FL 33301<br>(Counsel for Richard D'Onofrio) |
| Simon T. Steckel, Esquire<br>701 Brickell Ave., Suite 3260<br>Miami, FL 33131<br>(Counsel for William Hawkins) | Herb Cohen, Esquire<br>200 S.E. 6th St., Suite 205<br>Fort Lauderdale, FL 33301<br>(Counsel for Scott Miller)<br>(Counsel for Daniel Meisel) |

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Larry Bronson, Esquire
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

JULIA J. STILLER
TRIAL ATTORNEY