UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO,

Defendant.
_____/

FILED by _____ D.C.

SEP 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**ORDER**

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion In Limine [DE-316] and the Court having received the Government's September 19, 2000 Response [DE-343], the Court finds as follows: Motions in Limine are not designed to be mini-trials where the Court prejudges the admissibility of evidence in a vacuum. A motion in limine is certainly appropriate where the mere mention of something would prevent a litigant from receiving a fair trial. None of the objections to testimony here meets such a standard. Defendant's Motion in Limine is DENIED, without prejudice to the Defendant's objecting to testimony when and if the Government seeks to introduce it. Ohler v. U.S., 120 S. Ct. 1851, 1854 (2000).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

352

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132