UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

  Plaintiff,

vs.

JOSEPH ROTUNNO,

  Defendant.

_____/

FILED by ___ D.C.
SEP 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's September 11, 2000 Motion For Severance of Offenses (Count VI) [DE-321] and the Court having received the Government's September 19, 2000 Response [DE-344], the Court finds as follows:

1. The Government sites U.S. v. Saget, 991 F. 2d 702, 707 (11th Cir. 1991) which involves severance of defendants, not counts.

2. Nevertheless, whether offenses are properly joined as part of the same transaction is to be interpreted flexibly and can comprehend a series of related occurrences. U.S. v. Fiorillo, 186 F. 3d 1136 (9th Cir. 1999). Joinder is proper where one scheme stems from the other. U.S. v. Turnoff, 853 F. 2d 1037, 1043-44 (2d Cir. 1988).

3. No prejudice can be shown since the evidence of Count VI would be admissible in Count I. U.S. v. Brooks, 174 F. 3d 950 (8th Cir. 1999); U.S. v. Amato, 15 F. 3d 230, 237 (2d Cir. 1994).

4. If requested, the Court will instruct the jury to consider each count separately. U.S. v. Nelson, 137 F. 3d 1094, 1108 (9th Cir. 1998).

353

Wherefore, Defendant's Motion for Severance is DENIED, without prejudice to renew at the close of all of the evidence. U.S. v. Talley, 194 F. 3d 758 (6th Cir. 1999).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _21_ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
One River Plaza, #701
305 S. Andrews Avenue
Ft. Lauderdale, FL 33301

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33316

Herb Cohen, Esquire
200 S.E. 6th Street, #200
Ft. Lauderdale, FL 33301

Michael Dutko, Esquire
600 S. Andrews Avenue, #500
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

Dennis Bedard, Esquire
1717 N. Bayshore Drive, #102
Miami, FL 33132