**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: September 28, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Joseph Rotunno

U.S. ATTORNEY: Diana Fernandez    DEFT. COUNSEL: H. Dohra Williams
M. Reve Schwartz

REASON FOR HEARING: Status Conference

RESULT OF HEARING: Deft's presence is waived. Gov't seeks short continuance. Court resets hearing for Tuesday.

JUDGMENT: _____

CASE CONTINUED TO: 10/3/00    TIME: 1:00    FOR: Status Conference

MISC: _____