## CRIMINAL MINUTES

FILED by _____ D.C.
OCT 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: October 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Joseph Rotunno

U.S. ATTORNEY: Julia Stila, Paul Schwartz    DEFT. COUNSEL: H. Dohn Williams

REASON FOR HEARING: Deft's motions for Independent

RESULT OF HEARING: Medical Evaluation & MRI/Scan. Deft argues motion, Gvt responds. Rebuttal by deft. Court defers ruling and will file a written order.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____