UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

CASE NO. 00-6154-CR-DIMITROULEAS

Filed by _____ D.C.

OCT 0 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's Motion For Independent Medical Examination and Medical Severance, and the Court having heard arguments on October 3, 2000, said motions are DENIED; without prejudice to the Defendant's renewing at the Calendar Call his request for an abbreviated trial schedule in Miami.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 3 day of October, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

David Vinikoor, Esquire
420 S.E. 12th Street
Ft. Lauderdale, FL 33301

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

