cr-06154-WPD     Document 398     Entered on FLSD Docket 10/04/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA )
Plaintiff, )
                              )
v.                              )
                              )
JOSEPH ROTUNNO, )
Defendant. )
_____)

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT ROTUNNO'S MOTION TO UNDERGO AN INDEPENDENT EVALUATION FOR MEMORY IMPAIRMENT/LOSS

The United States of America by and through its undersigned attorneys, hereby files a supplemental response to Defendant Rotunno's motion to undergo an independent evaluation for memory impairment/loss based on the position taken by Defendant Rotunno during oral argument before this Court.

In its original response to Defendant's motion, the government initially argued that the defendant had failed to present reasonable cause to question his competency or ability to assist in his defense and, therefore, a hearing on competency was not warranted. Recognizing, however, that this Court could find otherwise, the government, in the alternative, requested that the Court order the psychiatric examination of the defendant, if it intended to conduct a competency hearing under18 U.S.C. § 4241.

On October 4, 2000 the parties appeared before the Court for oral argument on Defendant's motion for an independent evaluation. At that time, Defendant's counsel stated that



he was not alleging that the defendant was incompetent or otherwise unable to assist in his defense, but rather was requesting a court-appointed psychiatric evaluation of the defendant so that, in the event he testified, he could thereafter bolster his own credibility through presumably un-biased expert testimony explaining the defendant's poor memory.

Because the defendant is not alleging that he is incompetent or unable to assist in his defense, but is instead requesting an evaluation as part of a strategic trial decision, the government withdraws its request for the psychiatric evaluation of the defendant under 18 U.S.C. § 4241. In the absence of a question of competency, the government does not believe that this Court has the power under Section 4241 to order the psychiatric evaluation of the defendant. See 18 U.S.C. §§ 4241 (a) & (b).

DATED this __7__ day of October, 2000

                                      Respectfully Submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

By: _____
        PAUL F. SCHWARTZ
        Assistant United States Attorney
        Court ID # A5500086

_____
JULIA J. STILLER
U.S. Department of Justice Trial Attorney
Court ID # A5500485
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___4___ day of October, 2000.

Allen Kaufman, Esquire
2900 N. Dixie Highway, Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

Philip R. Horowitz, Esquire
Southpark Centre
12651 S. Dixie Highway
Miami, FL 33156
(Counsel for James Travers)

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304
(Counsel for Joseph Rotunno)

Raymond Miller, Esquire
400 Southeast Sixth St.
Fort Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

William Norris, Esquire
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133-4741
(Counsel for Percy Morris)

David Vinikoor, Esquire
420 S.E. Twelfth St.
Fort Lauderdale, FL 33316
(Counsel for Martin Zarcadoolas)

Dennis R. Bedard, Esquire
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132
(Counsel for Bert Caskill)

John Cotrone, Esquire
509 S.E. 9th St.
Fort Lauderdale, FL 33316
(Counsel for Michael Eddy)

James Stark, Esquire
524 S. Andrews Ave., Suite 304N
Fort Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Michael Dutko, Esquire
600 South Andrews Ave., Suite 500
Fort Lauderdale, FL 33301
(Counsel for Kaiser Akel)

Ted Klein, Esquire
800 Brickell Avenue, Penthouse #2
Miami, FL 33131
(Counsel for Martin Halpern)

Thomas D. Sclafani, Esquire
200 East Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Simon T. Steckel, Esquire
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Herb Cohen, Esquire
200 S.E. 6th St., Suite 205
Fort Lauderdale, FL 33301
(Counsel for Scott Miller)
(Counsel for Daniel Meisel)

Martin Bidwell, Esquire
Federal Public Defender's Office
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, FL 33301-1100
(Attorney for Emro Capri)

Michael Hursey, Esquire
One River Plaza
305 S. Andrews Avenue, Suite 701
Fort Lauderdale, FL 33301-1853
(Counsel for Jeanne Brooks)

Larry Bronson, Esquire
80 Pine St., 32nd Floor
New York, NY 10005
(Counsel for Barbara Drezek)

                                         /s/ Paul Schwartz
PAUL SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY