FILED by _____ D.C.

OCT 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD   DATE: October 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Joseph Rotunno

U.S. ATTORNEY: Neil Schwartz / Julia Filler    DEFT. COUNSEL: John Williams

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to count 1. Gov't agrees to dismiss remaining counts (2-6) at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 1/5/01    TIME: 11:30    FOR: Sentencing

MISC: Written plea agreement filed.

415/pg