# CRIMINAL MINUTES

FILED by _____ D.C.
OCT 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

---

CASE NUMBER: 00-6154-CR-WPD    DATE: October 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Joseph Rotunno

U.S. ATTORNEY: Ann Schwartz / Jana Salee    DEFT. COUNSEL: H. Dohra Williams

REASON FOR HEARING: Bond Hearing

RESULT OF HEARING: Court sets Bond at $2,100,000. Surety: $1 million PSB signed by daughter, $1 million Bond signed by son, $100,000 CSB. Deft to remain on house arrest w/ electronic monitoring (at deft's expense) and is only permitted to leave house for medical & legal appointments.

JUDGMENT: _____

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

