UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

### DEFENDANT JOSEPH ROTUNNO'S MOTION TO AMEND CONDITIONS OF PRESENTENCING RELEASE

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to amend his conditions of release to allow him to attend church and to allow him time to shop for food and other essentials. The Defendant would like to attend church once per week and to attend the upcoming holiday services on Thanksgiving and Christmas. He would like the opportunity to shop at least one day per week for two hours.

WHEREFORE the Defendant prays the Court grant the relief requested and/or the relief it deems appropriate consistent with the Defendant's request.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on the __2__ day of __Nov__, 2000, to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

Via fax 954-356-7336

H. DOHN WILLIAMS JR. P.A.
100 N. Biscayne Blvd. #2402
Miami, FL 33132
954-523-5432; 305-372-8038

By: _____
H. Dohn Williams Jr.
Fla. Bar #166087

C:\clients\rotunno\pretrialrelease.modify