UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

## ORDER DEFERRING RULING

**THIS CAUSE**, having been heard upon Defendant's November 3, 2000 Motion to Amend Conditions of Presentencing Release [DE-466], this court will defer ruling for five (5) days to await a response from the Government.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this ___ day of November, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Paul Schwartz, AUSA

      H. Dohn Williams, Jr., Esquire
      100 N. Biscayne Boulevard, #2402
      Miami, FL 33132

