PFS:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH ROTUNNO

        Defendant.
_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT ROTUNNO'S MOTION TO AMEND CONDITIONS OF PRESENTENCING RELEASE

Comes now the United States of America by and through undersigned counsel and respectfully responds to defendant's Motion to Amend Conditions of Presentencing Release as follows:

The government has no objection to the defendant's request to amend his condition of release to allow him to attend Church once per week, to attend holiday services on Thanksgiving and Christmas and to shop for food and other essentials, one day per week for two hours.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida  33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this __6__ day of __Nov__, 2000.

H. Dohn Williams, Esquire
100 N. Biscayne Blvd.
Miami, FL 33132

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY