cr-06154-WPD    Document 470    Entered on FLSD Docket 11/07/2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

FILED by _____ D.C.

NOV 07 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**ORDER GRANTING MOTION**

THIS CAUSE having been heard upon Defendant's November 3, 2000 Motion To Amend Conditions of Presentencing Release [DE-466], and the Court having received a response from the Government [DE-468], said motion is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _7_ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
100 N. Biscayne Boulevard, #2402
Miami, FL 33132

US Pre-Trial Services

