UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

### DEFENDANT JOSEPH ROTUNNO'S SECOND MOTION TO AMEND CONDITIONS OF PRESENTENCING RELEASE

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to amend his conditions of release to allow him to spend Thanksgiving Day, Christmas Eve, Christmas Day, New Year's Eve, and New Year's Day at either his son's and/or his daughter's house. AUSA Paul Schwatrz has no objection.

WHEREFORE the Defendant prays the Court grant the relief requested and/or the relief it deems appropriate consistent with the Defendant's request.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on November 13, 2000 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

>H. DOHN WILLIAMS JR. P.A.
>100 N. Biscayne Blvd. #2402
>Miami, FL 33132
>954-523-5432; 305-372-8038
>
>By: _____
>　　H. Dohn Williams Jr.
>　　Fla. Bar #166087

