UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/

## ORDER GRANTING SECOND MOTION TO AMEND

THIS CAUSE having been heard upon Defendant's November 15, 2000 Second Motion To Amend Conditions of Presentencing Release [DE-475], this Court grants said motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301

U.S. Pre-Trial Services