UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

NOV 2 ? 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.                              CASE NO.  00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO

TYPE OF CASE:                   CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS
FOLLOWS:

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **January 12, 2001 AT 2:15 P.M.**
                                    **(Previously set for January 5, 2001 at 11:30 )**

TYPE OF          SENTENCING
HEARING:

                                    CLARENCE MADDOX,
                                    CLERK OF COURT

DATE:  November 28, 2000            BY DEPUTY CLERK

cc:    Paul Schwartz AUSA
       H. Dohn Williams, Esq.
       United States Probation Office