UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

    Defendant.
_____/

## DEFENDANT JOSEPH ROTUNNO'S THIRD MOTION TO AMEND
## CONDITIONS OF PRESENTENCING RELEASE

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to amend his conditions of release to allow him to exercise as part of his post operation recovery.

1. On Thursday, November 30, 2000, the Defendant is going to operated on at Hollywood Memorial Hospital concerning the circulatory problem in his legs. It is anticipated that he will be hospitalized 2-3 days. Pretrial Services is aware of this, and has made arrangements to adjust its monitoring of him. After his hospitalization, as a part of his rehabilitation, it is recommended that he walk and engage in an exercise program to improve his circulation and strengthen his legs. He is not to be sedentary, and for the most part he is restricted to the apartment where he is residing. Thus, the Defendant requests that his "house confinement" be modified to allow for daily walks and trips to a local gym to exercise.

WHEREFORE the Defendant prays the Court grant the relief requested and/or the relief it deems appropriate consistent with the Defendant's request.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on November ~~15~~ 24, 2000 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL 33301

                            H. DOHN WILLIAMS JR. P.A.
                            100 N. Biscayne Blvd. #2402
                            Miami, FL 33132
                            954-523-5432; 305-372-8038

                    By: _____
                               H. Dohn Williams Jr.
                               Fla. Bar #166087