UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO,

Defendant.
_____/

FILED by _____ D.C.

DEC 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DEFERRING RULING

THIS CAUSE having been heard upon Defendant's November 29, 2000 Third Motion To Amend Conditions of Presentencing Release, this Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 1 day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
P.O. Box 1722
Ft. Lauderdale, FL 33301