UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) |
| JOSEPH ROTUNNO, | ) |
| | ) |
| DEFENDANT. | ) |

## GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT JOSEPH ROTUNNO'S THIRD MOTION TO AMEND CONDITIONS OF THE PRESENTENCING RELEASE

COMES NOW the United States of America by and through the undersigned counsel and respectfully responds in opposition to defendant's Third Motion To Amend Conditions Of The Presentencing Release as follows:

1.   In the instant Third Motion to Amend Conditions of Presentencing Release defendant requests permission to engage in unsupervised and unmonitored exercise periods outside of his residence.

2.   Permission to engage in such activity would nullify the Courts previously imposed conditions of home confinement and electronic monitoring and would fail to ensure the defendants appearance at sentencing.



3. Surely the defendant can arrange for adequate physical rehabilitation by means of facilities placed within his residence. (i.e., stationary bicycle, treadmill)

Wherefore based upon the findings the government respectfully requests that defendants Third Motion to Amend Conditions of Presentencing release be denied in all respects.

                                      Respectfully submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

BY: _____

            PAUL F. SCHWARTZ
            ASSISTANT UNITED STATES ATTORNEY
            COURT ID# A5500086
            500 E. Broward Blvd., Suite 700
            Ft. Lauderdale, FL 33394-3002
            TEL: (954) 356-7392, ext. 3577
            FAX: (954) 356-7230

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, postage pre-paid, this ___5___ day of December, 2000 to H. Dohn Williams, Esq., 100 N. Biscayne Blvd., #2402, Miami, FL 33132.

                                        _____

                                        PAUL F. SCHWARTZ
                                        ASSISTANT UNITED STATES ATTORNEY