UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO,

Defendant.
_____/

### ORDER DENYING AMENDMENT OF PRESENTENCE RELEASE CONDITIONS

THIS CAUSE having been heard upon Defendant's November 29, 2000 Third Motion To Amend Conditions of Presentencing Release [DE-489], and the Court having reviewed Government's December 5, 2000 response, the Motion to Amend Conditions of PreSentence Release is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
100 N. Biscayne Boulevard, #2402
Miami, FL 33132

