UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    CASE NO.   00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

    Defendant.

_____/

## DEFENDANT JOSEPH ROTUNNO'S
## MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney,

and moves the Court to continue his sentencing set for January 12, 2001.

1.    The Court, with the government's concurrence, allowed Mr. Rotunno to be
released pending sentencing so that he could undergo necessary medical
diagnosis and treatment. Mr. Rotunno has been diligently doing so.

2.    On or about November 30, 2000, he was operated on at Hollywood Memorial
Hospital concerning the circulatory problem in his legs. See the attached
medical report from his treating physician, Dr. James Trezza. A long tube was
insert in his leg to aid his circulation. After the procedure, Mr. Rotunno had a
problem with extreme swelling in his lower leg.

3.    It is necessary to perform the same procedure on his other leg. Because of his
health profile, the procedure could not be performed on both legs at the same
time. His doctor opines that he will medically stable at the end of January, and

53?

the operation is scheduled for January 25, 2001. His doctor opines, like the
first procedure, that it will take several weeks for him to recuperate.

4.    Mr. Rotunno is aware of this Court's procedure of incarcerating defendants
immediately after sentencing; hence the request that his sentencing be
continued.

WHEREFORE the Defendant prays the Court grant the relief requested and continue his

sentencing until on or about March 2, 2001. In the alternative, he prays that the Court sentence

him, but allow him to remain at liberty until on or about March 2, 2001, under the same terms

and conditions that presently govern him.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand

delivered on December 21, 2000 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

                          H. DOHN WILLIAMS JR. P.A.
                          100 N. Biscayne Blvd. #2402
                          Miami, FL 33132
                          954-523-5432; 305-372-8038

                          By: _____
                               H. Dohn Williams Jr.
                               Fla. Bar #166087

2

# *South Florida Primary Care Group*

December 14, 2000

**Nizar Dhanaal MD**
*-Internal Medicine*

To Whom It May Concern:

Re: Joseph Rotunno

**Lawrence Gorida MD**
*-Pulmonary Medicine*
*-Internal Medicine*

Mr. Joseph Rotunno has recently undergone Perpipheral Vascular surgery November 30,2000 and is recovering at the present time. If medically stable, the second stage of his revascularization will be done January 25,2001. With an uneventfull recovery, we will expect a several week recuperation period. Mr.

**Frederick Herold MD**
*-Nephrology*
*-Internal Medicine*

Rotunno is a significant surgical risk because of his Diabetes,Post bypass surgery and the fact that he had a recurrent recent transient cerebral ischemic attack.

Sincerely,

**Karen Matluck MD**
*-Internal Medicine*

James Trezza, M.D.

**Alan Rose MD**
*-Nephrology*
*-Internal Medicine*


**Robert A. Rosen MD**
*-Pediatrics*
*-Adolescent Medicine*
*-Internal Medicine*


**Richard Shafron MD**
*-Pulmonary Medicine*
*-Internal Medicine*


**James Trezza MD**
*-Cardiology*
*-Internal Medicine*

1150 N 35ª Ave #675
Hollywood, FL 33021
(954) 981-6680

1780 E Hallandale Beach Blvd
Hallandale, FL 33009
(954) 458-5222

4929 SW 148ª Ave
Davie, FL 33330
(954) 252-5020



| Date. | Thursday, December 14, 2000 |
|---|---|

To·       Mark Cohen, Attorney at Law
           Fax· 954-962-1779
           H Dohn Williams, Attorney at Law
           Fax 303-372-8038    305 372 8038

From·    Gerald P. Nehra, Attorney at Law
           Phone·    231-755-3800
           Fax        231-755-4700

Pages.    1

Working with Paul Schwartz is Lenny Wroblewski, IRS Special Agent, Criminal Investigation Division, 954-423-7885 Also at the meeting with me was Detective John Calabro, Broward County Sheriff's Office, Strategic Investigation Division, Office of Statewide Prosecution, 954-712-4640

The theme has not changed Fraud/scam from the get-go--taking money with no intent to deliver anything Getting the sites up in early January is countered with the argument that virtually all of the promised features/bells/whistles were missing. They expect to have indictments within six months CITX principals were mentioned often and seem to me also to be at risk

They talked to me for less than two hours They told me I would not be called to testify before the Grand Jury and that I would be asked to sign a meeting report being prepared by Wroblewski.

They clearly understood I gave no advice to anyone, at any time, on their above issue, but rather advised that the plan design was flawed under pyramid laws, but fixable Also, the fixed plan design went to Tallahassee, Collins, and Louisiana on January 3.

They want my files They are the same files I was prepared to produce at my deposition, noticed by the receiver's counsel, that got cancelled They will find out if that deposition is to be re-noticed, and if so, get the files from them. If not, my files are an open item