UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO,

Defendant.
_____/

## ORDER ON MOTION TO CONTINUE SENTENCING

THIS CAUSE having been heard upon Defendant's December 28, 2000 Motion to

Continue Sentencing and the Court having considered said motion, and being otherwise fully

advised in the premises, it is hereby;

ORDERED AND ADJUDGED that said motion is GRANTED. Sentencing is reset for

March 9, 2001 at 10:45 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this
___ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
100 N. Biscayne Boulevard, #2402
Miami, FL 33132

United States Probation Office