UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   CASE NO.   00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

    Defendant.
_____/

### DEFENDANT JOSEPH ROTUNNO'S
### MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to continue his sentencing set for March 9, 2001.

1. The Court, with the government's concurrence, allowed Mr. Rotunno to be released pending sentencing so that he could undergo necessary medical diagnosis and treatment. Mr. Rotunno has been diligently doing so.

2. He recently underwent surgery concerning the circulatory problem in his legs. After the procedure, Mr. Rotunno recovery has been slow due to other health problems. See the attached medical report from his treating physician, Dr. James Trezza. Earlier on or about November 30, 2000, he was operated on at Hollywood Memorial Hospital concerning the circulatory problem in his other leg. A long tube was insert in his leg to aid his circulation.

3. Mr. Rotunno's treat doctor recommends he be allowed to continue his treatment here until April 15, 2001. Mr. Rotunno will be evaluated throughout the months of February and March.



4. If the Court wants to hold an evidentiary hearing on this matter, Mr. Rotunno's doctor will be summoned.

5. Mr. Rotunno is aware of this Court's procedure of incarcerating defendants immediately after sentencing; hence the request that his sentencing be continued.

WHEREFORE the Defendant prays the Court grant the relief requested and continue his sentencing until after April 15th.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on ~~December~~ 21, 2000 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

> H. DOHN WILLIAMS JR. P.A.
> 100 N. Biscayne Blvd. #2402
> Miami, FL 33132
> 954-523-5432; 305-372-8038
>
> By: _____
> H. Dohn Williams Jr.
> Fla. Bar #166087

# South Florida Primary Care Group

January 30, 2001

**Nizar Dhanani MD**
*Internal Medicine*

Re: Joseph Rotunno

Dear Sirs:

**Lawrence Gotlin MD**
*Pulmonary Medicine*
*Internal Medicine*

Mr. Rotunno has just undergone his second femoral by-pass surgery. He is presently recovering from a right and left lower extremety by-pass. His recovery from the second surgery is going more slowly than the first and remains complicated by his Diabetes, Arteriorsclerotic heart disease and recent strokes. I anticipate a recovery period of about six to eight weeks. He will be followed by his vascular surgeon, cardiologist, and internist during that time. He should be able to function in his pre-operative state by about April 15, 2001, or later. In the interim, he should remain in Hollywood, Florida where he can continue treatment with the physicians caring for him now.

**Frederick Herold MD**
*Nephrology*
*Internal Medicine*

**Karen Matluck MD**
*Internal Medicine*

Sincerely,

James Frezza, M.D.

**Alan Rose MD**
*Nephrology*
*Internal Medicine*

**Robert A. Rose MD**
*Pediatrics*
*Adolescent Medicine*
*Internal Medicine*

**Richard Shafron MD**
*Pulmonary Medicine*
*Internal Medicine*

**James Trezza MD**
*Cardiology*
*Internal Medicine*

1150 N. 35th Ave. #675
Hollywood, FL 33021
(954) 981-6680

1780 E. Hallandale Beach Blvd.
Hallandale, FL 33009
(954) 458-5222

6929 SW 141st Ave
Davie, FL 33330
(954) 252-5000