PFS:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSEPH ROTUNNO,

       Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT JOSEPH ROTUNNO'S MOTION TO CONTINUE SENTENCING

Comes now the United States of America by and through the undersigned attorney and respectfully responds to defendant's Motion to Continue Sentencing as follows:

The government has no opposition to a continuance of the sentencing in the above-entitled matter until on or about April 15, 2001.

       Respectfully submitted,

       GUY A. LEWIS
       UNITED STATES ATTORNEY

By: _____
       PAUL F. SCHWARTZ
       ASSISTANT UNITED STATES ATTORNEY
       Court ID #: A5500086
       500 E. Broward Blvd., 7th Floor
       Fort Lauderdale, Florida  33394
       Telephone: (954) 356-7392
       Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___7___ day of ___Feb___, 2001.

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY