UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.

_____/

### ORDER DENYING WITHOUT PREJUDICE
### MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come before this Court on Defendant's February 5, 2001 Motion To Continue Sentencing, and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby DENIED without prejudice to renew with a proposed order.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

H. Dohn Williams, Esquire
100 N. Biscayne Boulevard, #2402
Miami, FL 33132

Paul Schwartz, AUSA