UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

    Defendant.
_____/

## DEFENDANT JOSEPH ROTUNNO'S FOURTH MOTION TO AMEND CONDITIONS OF PRESENTENCING RELEASE

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to amend his conditions of release.

1. As a condition of the Defendant's pretrial release, the Court ordered house arrest and electronic monitoring. During the course of his release, there have been occasions when he has been taken off electronic monitoring so he could undergo surgery. During those times, the Defendant did not flee the jurisdiction.

2. In the final weeks before his sentencing and incarceration, he would like to spend time with his grandchildren who reside in Broward County. Electronic monitoring and house arrest preclude him from visiting them. Accordingly, he requests that he be taken off electronic monitoring and that his house arrest status be modified to allow visits to his two children's houses to visit his grandchildren.

3. The Defendant had a conversation with his pretrial release officer, David Nuby, and it is his understanding that Mr. Nuby does not oppose this modification.

WHEREFORE the Defendant prays the Court grant the relief requested and/or the relief it deems appropriate consistent with the Defendant's request.



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on February 13, 2001 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

        H. DOHN WILLIAMS JR. P.A.
        100 N. Biscayne Blvd. #2402
        Miami, FL 33132
        954-523-5432; 305-372-8038

        By: _____
             H. Dohn Williams Jr.
             Fla. Bar #166087