UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

01 FEB 15

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    CASE NO.   00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

### RENEWED MOTION RE: DEFENDANT JOSEPH ROTUNNO'S MOTION TO CONTINUE SENTENCING

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to continue his sentencing set for March 9, 2001.

1. The Court, with the government's concurrence, allowed Mr. Rotunno to be released pending sentencing so that he could undergo necessary medical diagnosis and treatment. Mr. Rotunno has been diligently doing so.

2. He recently underwent surgery concerning the circulatory problem in his legs. After the procedure, Mr. Rotunno recovery has been slow due to other health problems. Attached to his original motion was a medical report from his treating physician, Dr. James Trezza. Earlier on or about November 30, 2000, he was operated on at Hollywood Memorial Hospital concerning the circulatory problem in his other leg. A long tube was insert in his leg to aid his circulation.



3.  Mr. Rotunno's treat doctor recommends he be allowed to continue his treatment here until April 15, 2001. Mr. Rotunno will be evaluated throughout the months of February and March.

4.  If the Court wants to hold an evidentiary hearing on this matter, Mr. Rotunno's doctor will be summoned.

5.  Mr. Rotunno is aware of this Court's procedure of incarcerating defendants immediately after sentencing; hence the request that his sentencing be continued.

WHEREFORE the Defendant prays the Court grant the relief requested and continue his sentencing until after April 15th.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on ~~December 21~~ Feb 13, 2000 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

H. DOHN WILLIAMS JR. P.A.
100 N. Biscayne Blvd. #2402
Miami, FL 33132
954-523-5432; 305-372-8038

By: _____
H. Dohn Williams Jr.
Fla. Bar #166087

2