UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

### ORDER RE: DEFENDANT JOSEPH ROTUNNO'S RENEWED
### MOTION TO CONTINUE SENTENCING

THIS CAUSE came before the court upon the Defendant, Joseph Rotunno's, motion to continue his sentencing set for March 9, 2001. The Defendant moved to continue his sentencing because he is recovering surgery. The Court having considered the motion hereby grants the motion, and sentencing will be held on __April 20__, 2001 at 10:30 AM

DONE AND ORDERED at Fort Lauderdale, Florida this 15 day of February 2001

William P. Dimitrouleas
U.S. District Court Judge

Cc:   AUSA Paul Schwartz
      H. Dohn Williams Jr.