UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                    CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

### ORDER RE: MODIFICATION PRETRIAL RELEASE

THIS CAUSE came before the court upon the Defendant, Joseph Rotunno's, fourth motion to modify his pretrial release. The Court, having considered the motion, hereby _Denys_ the motion. ~~Regarding electronic monitoring and house arrest, the Court rules as follows~~:

_____

_____

DONE AND ORDERED at Fort Lauderdale, Florida this 15 day of February 2001.

William P. Dimitrouleas
U.S. District Court Judge

Cc:   AUSA Paul Schwartz
      H. Dohn Williams Jr.