UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSEPH ROTUNNO,

        Defendant.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANT
JOSEPH ROTUNNO'S MOTION TO AMEND
<u>CONDITIONS OF PRE-SENTENCING RELEASE</u>

    Comes now the United States of America by and through the undersigned attorney and respectfully responds in opposition to defendant's Motion to Amend Conditions of Pre-Sentencing Release as follows:

    1.  The government objects to defendant's instant Motion to Amend Conditions of Pre-Sentencing Release.

    2.  Defendant's request is predicated upon his desire to visit with his grandchildren.  Clearly, with the consent of Pretrial Services, the defendant's grandchildren can visit with the defendant at the defendant's residence and therefore no amendment of conditions of Pre-Sentencing release is necessary.



Wherefore, based upon the foregoing, the government respectfully requests that defendant's Motion to Amend Conditions of Pre-Sentencing Release be denied.

<pre>
                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY


              By:   _____
                    PAUL F. SCHWARTZ
                    ASSISTANT UNITED STATES ATTORNEY
                    Court ID #: A5500086
                    500 E. Broward Blvd., 7th Floor
                    Fort Lauderdale, Florida  33394
                    Telephone: (954) 356-7392
                    Facsimile: (954) 356-7230
</pre>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this 20 day of Feb, 2001.

H. Dohn Williams, Esquire
721 N.E. 3rd Avenue
Fort Lauderdale, FL 33304

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

3