UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,

Plaintiff,

vs.  CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

### DEFENDANT JOSEPH ROTUNNO'S FIFTHH MOTION TO AMEND CONDITIONS OF PRESENTENCING RELEASE

COMES NOW the Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to amend his conditions of release.

1.   As a condition of the Defendant's pretrial release, the Court ordered house arrest and electronic monitoring. The Defendant had a domestic dispute with his girlfriend with whom he was living (approved residence). The Defendant notified his pretrial release officer and he approved the Defendant moving to his son's house at 13703 NW 18th Street, Pembroke Pines, Florida. On April 1st the Defendant wants to move to his daughter's house at 440 N. Rainbow Drive, Hollywood, Florida, until his sentencing and incarceration.

WHEREFORE the Defendant prays the Court grant the relief requested and/or the relief it deems appropriate consistent with the Defendant's request.



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on March 20, 2001 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

> H. DOHN WILLIAMS JR. P.A.
> 100 N. Biscayne Blvd. #2402
> Miami, FL 33132
> 954-523-5432; 305-372-8038
>
> By: _____
> H. Dohn Williams Jr.
> Fla. Bar #166087