UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ROTUNNO,

    Defendant.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT JOSEPH ROTUNNO'S FIFTH MOTION TO AMEND CONDITIONS OF PRE-SENTENCING RELEASE

Comes now the United States of America by and through the undersigned attorney and respectfully responds as follows:

The government has no opposition to the defendant's instant request to reside at 440 N. Rainbow Drive, Hollywood, Florida, until the date of sentencing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court ID #: A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this ___23___ day of ___March___, 2001.

H. Dohn Williams, Esquire
100 N. Biscayne Blvd., #2402
Miami, FL 33132

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY