UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/



## ORDER RE: MODIFICATION PRETRIAL RELEASE

THIS CAUSE came before the Court upon the Defendant, Joseph Rotunno's fifth motion to modify his pretrial release [DE-613]; and the Court having considered the Government's March 23, 2001 Response, GRANTS the motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

H. Dohn Williams, Jr., P.A.
799 Brickell Avenue, 9th Floor
Miami, FL 33132

Pre-Trial Services

