UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 16 2001

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CASE NO. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

Defendant.
_____/

## DEFENDANT JOSEPH ROTUNNO'S
## MOTION TO RESCHEDULE SENTENCING

The Defendant, Joseph Rotunno, by and through the undersigned attorney, and moves the Court to reschedule his sentencing set for May 4, 2001 at 10:30 a.m.

1. The undersigned has a conflict. At 11:00 a.m. that same day the undersigned has an oral argument in Miami (state court) in a motion to disqualify the Plaintiff's counsel in a lawsuit wherein Burger King is suing Travelers Insurance, its own insurance company, for mishandling thousands of its claims. The new law firm[1] that the undersigned works for represents Travelers Insurance Company (Travelers) in this matter. Travelers asserts there is a conflict because the Plaintiff's counsel handled many of these claims; he has active Burger King files wherein Travelers is the insurer.

2. The undersigned attempted to contact AUSA Paul Schwartz, but he is out of the office today. The undersigned left a voice mail message for him.

3. The undersigned would be available that same day at 2:00 p.m. or thereafter if the Court is available.

---

[1] Hicks, Anders . & Kneale P.A.



WHEREFORE the Defendant prays the Court grant the relief requested and reschedule his sentencing.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was mailed and/or faxed and/or hand delivered on April 16, 2001 to:

Paul Schwartz
Assistant U.S. Attorney
500 E. Broward Blvd., 7th floor
Fort Lauderdale, FL. 33301

        H. DOHN WILLIAMS JR. P.A.
        799 Brickell Plaza, 9th floor
        Miami, FL 33131
        954-523-5432; 305-372-8038 (fax)

By: _____
    H. Dohn Williams Jr.
    Fla. Bar #166087