UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6154-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

JOSEPH ROTUNNO,

　　　　Defendant.
_____/



## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING TIME

THIS CAUSE having come before this Court on Defendant's April 16, 2001, Motion To Reschedule Sentencing [DE-616], and the Court noting that no proposed order, as required by Local Rule 7.1A2 was provided, nevertheless, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED.

Sentencing is rescheduled to 4:30 P.M. on April 20, 2001.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

H. Dohn Williams, Esquire
799 Brickell Avenue, 9th Floor
Miami, FL 33131

Paul Schwartz, AUSA
US Probation

