UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JOSEPH ROTUNNO, et al.,

Defendant.
_____/

## ORDER RE: DEFENDANT'S MOTION TO ALLOW SELF-SURRENDER

The Defendant, Joseph Rotunno moved the Court to allow him to self-surrender at the designated institution where he will serve his sentence. The Court having considered the motion hereupon DENIES the motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 19 day of April, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

H. Dohn Williams, Jr., P.A.
799 Brickell Plaza, 9th Floor
Miami, FL 33132

Paul Schwartz, AUSA