## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER _00 - 6154-CR- WPD_  DATE: _April 20, 2001_

COURTROOM CLERK: _Deloris McIntosh_  COURT REPORTER: _Bob Ryckoff_

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  _Joseph RotuNNO (B)_

U.S. ATTORNEY: _Paul Schwartz_ DEFT. COUNSEL: _John Williams_

REASON FOR HEARING: _Sentencing_

RESULT OF HEARING: _78 months BOP; 3 years Supervised Release; $100 special Assessment $12,500 fine;_

_10 Days to Appeal_

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____



# *South Florida Primary Care Group*

00-6154-CR-WPD

April 19, 2001

**Nizar Dhanani MD**
*-Internal Medicine*

To Whom It May Concern:

**Lawrence Gotkin MD**
*-Pulmonary Medicine*
*-Internal Medicine*

**Frederick Herold MD**
*-Nephrology*
*-Internal Medicine*

**Karen Matluck MD**
*-Internal Medicine*

**Alan Rose MD**
*-Nephrology*
*-Internal Medicine*

**Robert A. Rosen MD**
*-Pediatrics*
*-Adolescent Medicine*
*-Internal Medicine*

**Richard Shafron MD**
*-Pulmonary Medicine*
*-Internal Medicine*

**James Trezza MD**
*-Cardiology*
*-Internal Medicine*

Mr. Joseph Rotunno is a 65 year old white male with a previous history of coronary by-pass surgery. He has had two recent lower extremity by-pass surgeries and still recovering from the most recent and suffering from bi-lateral swelling of his ankles. In addition, he has insulin dependent diabetes mellitus, arteriosclerotic heart disease, and has suffered more than one stroke in the recent past. He remains on the following medications, Norvasc ,Lipitor,Plavix,Insulin,Lasix slow K,and he is going to have added a drug called an ace inhibitor. His condition is rather fragile, his diabetes at this time , is rather poorly controlled  and recent blood studies dated April 17,2001 showed his glucose still at 193, which is far above what it should be. Unfortunately his kidney function is beginning to deteriorate and his Bun was 38 and his Creatinine of 1.8, my suggestion to him was that he see a Nephrologist for a Renal evaluation due to diabetic kidney disease. It's imperative that his diabetes be closely followed and his insulin adjusted, his sugar tested at regular intervals and he has follow up evaluation by a Vascular surgeon, Caridologist ,Endrocinologist ,and Nephrologist as well as a Neurologist for his recent strokes. It's also important that he takes his medications regularly ,that they be adjusted according to the needs of his physical condition by the appropriate physician and that he see a Nephrologist within a short period of time due to his deteriorating kidney disease. It is important that his diet be a low cholesterol , low salt diabetic diet and that continue follow up for his legs due to the swelling because of his recent surgery. If I can be of any medical help to those physicians caring for him in the future, please do not hesitate to call or write.

Sincerely yours,

James T. Trezza, M.D.

DEFENDANT'S EXHIBIT

1150 N. 35th Ave. #675
Hollywood, FL 33021
(954) 981-6680

1780 E. Hallandale Beach Blvd.
Hallandale, FL 33009
(954) 458-5222

4929 SW 148th Ave.
Davie, FL 33330
(954) 252-5020

**THE CENTER FOR DIABETES AND ENDOCRINE CARE**

*JELLINGER, NOVAK, GELMAN & LERMAN, M.D., P.A.*

PAUL S. JELLINGER, M.D., F.A.C.E.
STEPHEN B. NOVAK, M.D., F.A.C.E.
KENNETH M. GELMAN, M.D.
SAM LERMAN, M.D., F.A.C.E.

DIPLOMATES, AMERICAN BOARD
OF INTERNAL MEDICINE

DIPLOMATES, SUBSPECIALTY BOARD
OF ENDOCRINOLOGY AND METABOLISM



ENDOCRINOLOGY
DIABETES — METABOLISM
LIPID DISORDERS
OSTEOPOROSIS

THYROID SCANNING / ULTRASOUND
RADIOACTIVE IODINE (I¹³¹)THERAPY

CLINICAL RESEARCH

00-6154-CR-WPD

April 10, 2001

To Whom It May Concern,

Joseph Ruttuno is a diabetic who requires insulin on a daily basis. He is also required to test his blood sugar before breakfast and dinner on a daily basis, in addition to bed-time three times weekly.

In order for Mr. Ruttuno to remain healthy, he must eat three meals daily and on a regular schedule. He also must be allowed to eat a snack whenever he desires.

Please call me with any questions.

He is currently taking 75/25 insulin 20u q AM, 30u before dinner

DEFENDANT'S EXHIBIT

Sincerely,

Stephen B. Novak, M.D