UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH ROTUNNO,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 02-60479-CIV-DIMITROULEAS
(00-6154-CR-DIMITROULEAS)

FILED by _____ D.C.

APR 0 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER VACATING REFERENCE TO MAGISTRATE

THIS CAUSE having been heard upon the Court's own motion and the Court noting that the Clerk has assigned Judge Sorrentino to this case [DE-2] and it appears that this collateral attack stems from a criminal case handled by the undersigned; therefore, it would be a waste of judicial resources to utilize the services of a magistrate on this case. The reference is withdrawn.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___8___ day of April, 2002.

                /s/ WILLIAM P. DIMITROULEAS
                United States District Judge

Copies furnished to:

Joseph Rotunno, #55368-004
FCC - Low
P.O. Box 1031
Coleman, Florida 33521

Sharon Medeiros, AUSA

Honorable Charlene Sorrentino, US Magistrate Judge

