UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH ROTUNNO,   CASE NO. 02-60429-CIV-DIMITROULEAS
                 (00-6154-CR-DIMITROULEAS)
    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

FILED by ___ D.C.
APR 0 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER REQUESTING RESPONSE

THIS CAUSE having been heard upon the Petitioner's Motion to Vacate [DE-1], the Court will defer ruling for fifteen (15) days and request a response from the Government. However, no response is necessary on the Apprendi issue. McCoy v. U.S., 266 F. 3d 1245, 1249 (11th Cir. 2001); U.S. v. Orlando, 281 F. 3d 586, 598 (6th Cir. 2002).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8 day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Joseph Rotunno, #55368-004
FCC - Low
P.O. Box 1031
Coleman, Florida 33521

Paul Schwartz, AUSA

