UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH ROTUNNO,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 02-60469-CIV-DIMITROULEAS
(00-6154-CR-DIMITROULEAS)

FILED by _____ D.C.

APR 0 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon the Court's review of the petition [DE-1] filed in this case, and finding that the oath is qualified by "the best of Petitioner's knowledge and belief", said oath is insufficient under Rule 2(b) of the Rules Governing § 218 F. 3d 1252, 1253 (11th Cir. 2000).

Wherefore, Petitioner may file an amended petition with a proper oath or he may sign the attached verification. Failure to do either and return one by April 22, 2002 may result in the dismissal of this petition.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Joseph Rotunno, #55368-004
FCC - Low
P.O. Box 1031
Coleman, Florida 33521

Paul Schwartz, AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH ROTUNNO,               CASE NO. 02-60439-CIV-DIMITROULEAS
                                      (00-6154-CR-DIMITROULEAS)
    Petitioner,

vs.

UNITED STATES OF AMERICA,     VERIFICATION OF PETITION
                              FOR WRIT OF HABEAS CORPUS
    Respondent.
_____/

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the petition for writ of habeas corpus which was filed by the Clerk on April 5, 2002, in the United States District Court for the Southern District of Florida, and which I failed to verify, is true and correct.

DATED: _____

                                                                                   JOSEPH ROTUNNO