1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6154-CR-WPD |
| Plaintiff, | ) | |
| -v- | ) | |
| JOSEPH ROTUNNO, | ) | Fort Lauderdale, Florida |
| Defendant. | ) | October 3, 2000 |
| | ) | 1:08 p.m. |

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        PAUL SCHWARTZ, ESQ.
                         JULIA STILLER, ESQ.
                         Assistant U.S. Attorneys


For the Defendant        H. DOHN WILLIAMS, JR., ESQ.


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657




# NOT

# SCANNED

PLEASE REFER TO COURT FILE