```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,     ) CASE NO. 00-6154-CR-WPD
                              )
            Plaintiff,        )
                              )
       -v-                    )
                              )
JOSEPH ROTUNNO,               )
                              ) Fort Lauderdale, Florida
            Defendant.        ) October 12, 2000
_____) 2:20 p.m.


                   TRANSCRIPT OF PLEA OF GUILTY

              BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                        U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         PAUL SCHWARTZ, ESQ.
                          JULIA STILLER, ESQ.
                          Assistant U.S. Attorneys


For the Defendant         H. DOHN WILLIAMS, JR., ESQ.


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```

THIS VOLUME
Pages 1 - 40

# NOT

# SCANNED

PLEASE REFER TO COURT FILE