1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    )  CASE NO. 00-6154-CR-WPD
                             )
              Plaintiff,     )
                             )
         -v-                 )
                             )
JOSEPH ROTUNNO,              )
                             )  Fort Lauderdale, Florida
              Defendant.     )  April 20, 2001
_____)  4:33 p.m.


                    TRANSCRIPT OF SENTENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         PAUL SCHWARTZ, ESQ.
                          JULIA STILLER, ESQ.
                          Assistant U.S. Attorneys


For the Defendant         H. DOHN WILLIAMS, JR., ESQ.



Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```




# NOT

# SCANNED

PLEASE REFER TO COURT FILE