3. Notice is hereby provided that a conflict between said matters may arise depending on the length of the evidentiary hearing.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
> PAUL F. SCHWARTZ
> ASSISTANT UNITED STATES ATTORNEY
> COURT ID. NO. A5500086
> 500 E. BROWARD BLVD., SUITE 700
> FT. LAUDERDALE, FL 33394
> TEL. NO. (954) 356-7392
> FAX  NO. (954) 356-7230

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing has been mailed this 26 day of _____, 2002, to:

Joseph Rotunno
Reg. No. 55368-004
FCC-Low
P.O. Box 1031
Coleman, FL 33521

Michael Smith
110 S.E. 6th St., #1970
Fort Lauderdale, FL 33301

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY