UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAUS

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JOSEPH ROTUNNO, et al.

    Defendant.
_____/

## NOTICE OF CONFLICT

The undersigned, H. Dohn Williams Jr. (Williams), notifies the Court, the government and the Defendant that on May 24, 2002, the undersigned has a conflict. The Defendant is challenging his plea, and it is anticipated that Williams, the Defendant's trial counsel, may be called as a witness. Williams is counsel for all the Defendants in a civil Rico case styled, *Allstate Insurance Company vs. Family Chiropractic Center, Inc., Fort Myers Chiropractic, Inc., Immokalee Family Chiropractic, Inc., Winter Haven Family Chiropractic, Inc., Naples Family Chiropractic, Inc., Professional Billing and Collection Services, Inc., North Dade Family Chiropractic, Inc., Palm Beach Chiropractic, Inc. and Gregg Rosen*, case no. 8:01-CV-600-T-30MSS, United States District Court, Middle District of Florida. On May 24, 2002, Allstate has set the depositions of 10 patients in West Palm Beach. Allstate alleges that the Defendants billed it for treatments that were not rendered to these patients. These depositions are crucial to Allstate's case against Williams' clients. It is anticipated that these depositions will take over 8 hours to complete. Williams has filed a motion for protective seeking to limit the number of depositions, but the motion




was just filed, so it has not been ruled upon. Thus, Williams may not be available to testify in this case.

Williams probably does not having standing to request a continuance of this hearing. Williams informed the government that he is willing to be deposed at a mutually convenient time, even before or after regular business hours, by the government and the Mr. Rotunno's counsel, because of his conflict.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 1st day of May 2002 to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Michael G. Smith, Esq.
Counsel for Joseph Rotunno
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, FL 33301

H. DOHN WILLIAMS JR., P.A.
990 NW 5th Street
Boca Raton, FL 33486
Fort Lauderdale, FL 33302
954-523-5432; 561-367-7900 (fax)

By: _____
H. Dohn Williams Jr.
Fla. Bar # 0166087