UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
CASE NO.: 00-6154-CR-DIMITROULEAS

02-60439-civ-DimiTRouLeAs

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSEPH ROTUNNO,
    Defendant.
_____/

**DEFENDANT ROTUNNO'S NOTICE OF POTENTIAL CONFLICT**

COMES NOW the Defendant, JOSEPH ROTUNNO, by and through undersigned appointed counsel, and advises this Court that there exists a potential conflict and, in support thereof, states as follows:

1.  Undersigned counsel was appointed to represent the Defendant on or about April 24, 2002.

2.  This matter has been set for an evidentiary hearing on May 24, 2002.

3.  Undersigned counsel is schedule to begin a trial in Miami, Florida before the Honorable Shelby Highsmith on Monday, May 20, 2002 (<u>United States v. Pilier</u>, Case Number: 01-975-CR-HIGHSMITH).

1



4. At this time undersigned counsel has not been advised of Judge Highsmith's anticipated trial calender, specifically, whether or not Judge Highsmith will conduct trial or trial matters on Fridays, including Friday, May 24, 2002. The <u>Pilier</u> case is expected to continue for at least two weeks.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail this 8th day of May, Paul F. Schwartz, Esquire, Assistant U.S. Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33301.

Michael G. Smith
AutoNation Tower, Suite 1970
110 Southeast Sixth Street
Fort Lauderdale, FL 33301
(954) 761-7201 - Office
(954) 767-8343 - Fax
Florida Bar No. 265802