UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6154-CR-DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　(02-60469-CIV-DIMITROULEAS)
　　　Plaintiff,

vs.

JOSEPH ROTUNNO,

　　　Defendant.
_____/

FILED by _____ D.C.
MAY 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS MATTER AROSE UPON the Defendant's Agreed Motion For Continuance of Evidentiary Hearing. Upon consideration of the motion and all pleadings and proceedings had herein, it is hereby

ORDERED AND ADJUDGED that the motion is Denied without prejudice to renew on May 24, 2002 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of May, 2002.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Michael G. Smith, Esquire
110 S.E. 6th Street, #1970
Ft. Lauderdale, Florida 33301



Benson B. Weintraub, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Paul Schwartz, AUSA

H. Dohn Williams, Esquire
990 N.W. 5th Street
Boca Raton, Florida 33486