UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6154-CR-DIMITROULEAS
                                                      (02-60469-CIV-DIMITROULEAS)
          Plaintiff,

vs.

JOSEPH ROTUNNO,

          Defendant.

_____/

FILED by _____ D.C.

MAY 15 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## O R D E R

THIS MATTER AROSE UPON the Stipulated Motion for Substitution of Counsel.

Upon consideration of the motion and all pleadings and proceedings had herein, it is hereby

ORDERED AND ADJUDGED that the motion is Deferred until the hearing set for May

24, 2002 at 9:00 A.M.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of May, 2002.


WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael G. Smith, Esquire
110 S.E. 6th Street, #1970
Ft. Lauderdale, Florida 33301


Benson B. Weintraub, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301



Paul Schwartz, AUSA

H. Dohn Williams, Esquire
990 N.W. 5th Street
Boca Raton, Florida 33486