UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. (00-6154-CR-DIMITROULEAS)
                           02-60469-CIV-DIMITROULEAS
    Plaintiff,

vs.

JOSEPH ROTUNNO,

    Defendant.
_____/



FILED by ___ D.C.
MAY 17 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS MATTER AROSE UPON the Defendant's May 17, 2002 Motion To Withdraw as Appointed Counsel, and upon consideration of the motion and all pleadings and proceedings had herein, it is hereby

ORDERED AND ADJUDGED that the Court will defer ruling until <u>May 24, 2002 at 9:00 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of May, 2002.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Michael G. Smith, Esquire
110 S.E. 6th Street, #1970
Ft. Lauderdale, FL 33301



Benson B. Weintraub, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

H. Dohn Williams, Esquire
990 N.W. 5th Street
Boca Raton, Florida 33486

Paul Schwartz, AUSA