# CRIMINAL MINUTES

FILED by ___ D.C.
MAY 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD / 01-60469-CIV-WPD      DATE: May 24, 2002

COURTROOM CLERK: Karen A. Carlton      COURT REPORTER: ~~Bob Ryckoff~~ Carl Schanzleh

PROBATION: _____      INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Joseph Bruno

U.S. ATTORNEY: Paul Schwartz      DEFT. COUNSEL: Benson Weintraub

REASON FOR HEARING: Evidentiary hearing on Motion for 2255

RESULT OF HEARING: Michael Smith not present. Court Grants Motion to Substitute Counsel. Benson Weintraub has entered his appearance for Bruno. Petitioner presents his case. Petitioner rests.

Counsel Request to have H. Owen Williams, Esq. present.

CASE CONTINUED TO: 6/4/02      TIME: 8:45      FOR: Continuation of hearing

MISC: _____

