UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. (00-6154-CR-DIMITROULEAS)
                                  02-60469-CIV-DIMITROULEAS
　　　　Plaintiff,

vs.

JOSEPH ROTUNNO,

　　　　Defendant.

FILED by _____ D.C.
MAY 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS MATTER AROSE UPON the Defendant's May 14, 2002 Stipulated Motion for Substitution of Counsel [DE-11] and Defendant's May 17, 2002 Motion to Withdraw [DE-15], and upon consideration of the motions and all pleadings and proceedings had herein, it is hereby

ORDERED AND ADJUDGED that the motions are Granted. Benson Weintraub is substituted for Michael Smith.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24 day of May, 2002.

　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:
Benson B. Weintraub, Esquire
1 East Broward Boulevard, #700
Ft. Lauderdale, Florida 33301

Paul Schwartz, AUSA

Michael G. Smith, Esquire
110 S.E. 6th Street, #1970
Ft. Lauderdale, Florida 33301

