6/6/02

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 00-6154-CR-DIMITROULEAS

JOSEPH ROTUNNO,

    Defendant.

NIGHT BOX FILED
JUN - 6 2002
CLARENCE MADDOX

_____/

### NOTICE OF CONFLICT AND REQUEST FOR RESCHEDULING

The Defendant, Joseph Rotunno and counsel for the Defendant, hereby file this Notice of Conflict and Request for Rescheduling on the grounds of:

1.    The undersigned counsel was originally subpoenaed to testify at an evidentiary hearing in the above case for Friday, June 14, 2002, at 8:45 a.m. However, on June 5, 2002 undersigned counsel was telephonically noticed that the hearing had been changed to 1:00 p.m.

2.    The undersigned is required to attend a Sentencing Hearing on Friday, June 14, 2002, at 1:30 p.m. before the Honorable Daniel K. Hurley in the *United States of America v. Sara Wuchevich Young* case in West Palm Beach. A copy of the Order sentencing hearing dated April 2, 2002 is attached as Exhibit "A".

WHEREFORE, the Defendant requests that he be excused from testifying on June 14, 2002, at 1:00 p.m., and that the evidentiary hearing be rescheduled.

                                        Respectfully submitted,

                                        HICKS, ANDERSON & KNEALE P.A.
                                        799 Brickell Plaza, 9th floor
                                        Miami, Florida 33131
                                        Telephone: 305-374-8171
                                        Facsimile: 305-372-8038

                                        By:_____
                                          H. Dohn Williams Jr.
                                          Fla. Bar #166087



CASE NO.: 00-6154-CR-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on **June 6, 2002**, that a copy of the foregoing was provided via U.S. Mail and fax to:

Paul F. Schwartz.
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL  33394

By: *[signature]*
H. Dohn Williams Jr.
Fla. Bar #166087

g:\hdw\rotunno, j\pldg\ntc of conflict.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 01-6277-CR-HURLEY
Magistrate-Judge Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SARA WUCHEVICH YOUNG,

    Defendant.
_____/



FILED by _____ D.C.
APR - 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER RE:
### UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, Sara Young, moved the Court to continue her sentencing set for April 5, 2002. The government did not oppose the motion and concured in the Defendant's request that her sentencing be continued for at least 90 days. The Court having considered the motion hereupon orders and adjudges that the motion is **granted**. The Defendant's sentencing shall be held on **FRIDAY, JUNE 14, 2002, at 1:30 p.m.** .

DONE AND ORDERED at West Palm Beach, Florida this ___ day of April, 2002.

                    Daniel K. Hurley
                    United States District Court Judge

Cc:    H. Dohn Williams Jr.
        AUSA Roger Powell
        Carolyn Darville, U.S. Probation

**Defendant's Exhibit A**