UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 02-60469-CIV-DIMITROULEAS
        Plaintiff,                                (00-6154-CR-DIMITROULEAS)

vs.

FILED by _____ D.C.

JOSEPH ROTUNNO,

JUN 10 2002

        Defendant.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____/

## ORDER

THIS MATTER AROSE UPON the Witness' June 6, 2002 Notice of Conflict. Upon consideration of the motion and all pleadings and proceedings had herein, it is hereby

ORDERED AND ADJUDGED that the motion is Granted. It is further

ORDERED AND ADJUDGED that the hearing set for <u>June 14, 2002 is moved from 1:00 P.M. to 4:00 P.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _10_ day of June, 2002.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Benson B. Weintraub, Esquire
H. Dohn Williams, Esquire
Paul Schwartz, AUSA
U.S. Marshal's Office

