## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR ✓   DATE: June 14, 2002 @ 4:15pm.
02-60469-CV

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Rotunno (J)

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Benson Weintraub

REASON FOR HEARING: Evidentiary Hearing (Continuation from 5-24-02)

RESULT OF HEARING: Testimony From Harry Williams, Atty. Motion - Denied. Order will follow.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

