# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED by _____ D.C.
JUN 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6154 CR WPD / 02-6049 CIV WPD   DATE: June 14, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Joseph Kotwicki

U.S. ATTORNEY: Paul Schwartz   DEFT. COUNSEL: Benson Weintraub

REASON FOR HEARING: Continuation of 2255

RESULT OF HEARING: Deft's case continued. All parties rest. Counsel argue. Motion to vacate is Denied. Written order to Enter.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: Exhibit attached



## Affidavit

I, H. Dohn Williams Jr., under penalty of perjury do declare:

1.  I am an attorney licensed to practice law in the State of Florida and I am admitted to practice in the United States District Court, Southern District of Florida. I was the attorney that represented Joseph Rotunno in United States Of America v. Joseph Rotunno, et al., Case No. 00-6154-CR-Dimitrouleaus, United States District Court, Southern District of Florida.

2.  Mr. Rotunno entered into a written plea agreement with the government, which was made a part of the court record.

3.  I did not file a notice of appeal after Mr. Rotunno was sentenced. I do not have any recollection of him asking me to do so. If he did or if he had asked about filing an appeal, I would have advised him that doing so would be a futile act, because there was no viable issue for appeal. The sentence imposed was within the Sentencing Guidelines' range for level 26, whether his criminal history was scored at 1, 2 or 3. The sentence imposed, as I discussed with Mr. Rotunno both verbally and in writing, was the sentence recommended by the government, and the sentence contemplated by the plea agreement. Additionally, I would have advised that any rulings on pretrial motions, such as the motion to suppress the telephone wiretap, could not be appealed unless he went to trial and was found guilty.

_____ 5/21/02
H. Dohn Williams Jr.