AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

**Southern** DISTRICT OF **Florida**

USA v. Joseph Rotunno

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6154-CR-WPD
02-60969-CV-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Paul Schwartz, AUSA | Brian Weintraub |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/24/02  6/14/02 | Anita LaRocca | Ken Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 5/24 | ✓ | ✓ | Affidavit filed by H. Owen Williams |
|  |  |  |  |  | W-1 Joseph Rotunno |
| ✓ |  | 6/14 |  |  | W-2 H. John Williams |

FILED by __ D.C.
JUN 14 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

## Affidavit

I, H. Dohn Williams Jr., under penalty of perjury do declare:

1.  I am an attorney licensed to practice law in the State of Florida and I am admitted to practice in the United States District Court, Southern District of Florida. I was the attorney that represented Joseph Rotunno in United States Of America v. Joseph Rotunno, et al., Case No. 00-6154-CR-Dimitrouleaus, United States District Court, Southern District of Florida.

2.  Mr. Rotunno entered into a written plea agreement with the government, which was made a part of the court record.

3.  I did not file a notice of appeal after Mr. Rotunno was sentenced. I do not have any recollection of him asking me to do so. If he did or if he had asked about filing an appeal, I would have advised him that doing so would be a futile act, because there was no viable issue for appeal. The sentence imposed was within the Sentencing Guidelines' range for level 26, whether his criminal history was scored at 1, 2 or 3. The sentence imposed, as I discussed with Mr. Rotunno both verbally and in writing, was the sentence recommended by the government, and the sentence contemplated by the plea agreement. Additionally, I would have advised that any rulings on pretrial motions, such as the motion to suppress the telephone wiretap, could not be appealed unless he went to trial and was found guilty.

_____  5/21/02
H. Dohn Williams Jr.